

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jan 8, 2026 10:04AM

James Louis Roden, Jr.

| Rcpt. No: 9498 | Trans. Date: Jan 8, 2026 10:04AM | | Cashier ID: #TT (6587) | |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200  Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0000492588 | 12/30/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** Case No. 5:26-cv-54, Roden v. Reamer, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

# SA26CA0054 XR MJ-HJB