

**RECEIVED**
JAN 0 5 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

PRIORITY M
MEDIUM FLAT
POSTAGE REC

**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
$21.95
Origin: 77573
01/03/26
4850300573-75

**PRIORITY MAIL®**

6 Lb 10.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 01/07/26
JAN 3 2026
C009

SHIP TO:
262 W NUEVA
SAN ANTONIO TX 78207-4529

USPS TRACKING #
9505 5114 4607 6003 4011 53

FROM:
James Louis Roden Jr.
1005 Beaumont St
League City TX 77573

TO:
U.S. District Clerk's Office
262 West Nueva Street Room 1-400
San Antonio, TX 78207

U.S. MARSHALS RECEIVED JAN 5 0 2025

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Label 228, December 2023 — FOR DOMESTIC AND INTERNATIONAL USE

SA26CA0054 XR MJ-HJB

FRB2 February 2024
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343
PS00011000001



