## NOTICE OF DISABILITY AND REQUEST FOR REASONABLE ACCOMMODATIONS

Plaintiff James Louis Roden Jr., proceeding pro se, respectfully submits this Notice to advise the Court that he has undergone formal clinical evaluation by a licensed medical professional and has been diagnosed with Autism Spectrum Disorder (Level 1).

Plaintiff provides this Notice for the limited and specific purpose of ensuring meaningful access to the Court and clarity in communication, consistent with Title II of the Americans with Disabilities Act (ADA) and applicable federal policies governing access to justice for individuals with disabilities.

Plaintiff's conditions primarily affect information processing, organization, and communication style, rather than intellectual capacity or understanding of legal standards. As a result, Plaintiff's written submissions may reasonably reflect:

- a highly detailed and structured presentation of facts and chronology;
- comprehensive documentation intended to ensure accuracy and completeness;
- longer written filings than may be typical of represented parties; and
- a reliance on written communication to minimize misunderstanding.

Plaintiff respectfully notes that these characteristics are the functional manifestations of his diagnosed conditions and are not intended to burden the Court, delay proceedings, or demonstrate disregard for procedural rules. Rather, they reflect Plaintiff's medically recognized method of processing and presenting information in order to participate meaningfully in the judicial process.

At this time, Plaintiff does not seek modification of substantive legal standards, evidentiary burdens, or deadlines. This Notice is submitted solely to place the Court on notice of Plaintiff's disability-related communication style and to preserve the ability to request reasonable accommodations, if necessary, at a later stage of the proceedings.

Plaintiff remains fully committed to complying with all applicable rules, orders, and directives of the Court and submits this Notice in good faith to promote clarity, fairness, and efficient administration of justice.

Respectfully submitted,

*James L. Roden Jr.*
James Louis Roden Jr.
Plaintiff, Pro Se

Case No. 5:26-cv-00054-XR
United States District Court
Western District of Texas

FILED
JAN 27 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**USPS TRACKING #**

9505 5114 4608 6022 5321 65

EXPECTED DELIVERY DAY: 01/24/26

EP14H February 2024

**PRIORITY MAIL FLAT RATE**

U.S. POSTAGE PAID
PM
LEAGUE CITY, TX 77573
JAN 22, 2026
$11.95
S2324Y502284-22
RDC 03   0 Lb 0.60 Oz
78207

From:
James Lewis Kaler Sr.
1005 Beaumont St.
League City, TX 77573

To:
U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

RECEIVED
JAN 27 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK