United States District Court
Western District of Texas
San Antonio Division
655 East Durango Boulevard
San Antonio, TX 78206

FILED
FEB 1 1 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Re: **Roden, Jr. v. Reamer, et al.**
Case No. **5:26-cv-00054-XR**

Dear Clerk of Court,

Please find enclosed the Proof of Service for Defendant Elaine Reamer, reflecting personal service of the Summons and Complaint on February 5, 2026.

I respectfully request that the enclosed Proof of Service be filed into the docket for the above-referenced case.

If any additional information or corrections are required, please notify me at your convenience.

Thank you for your time and assistance.

Respectfully submitted,

James Louis Roden Jr.
Plaintiff, Pro Se
1005 Beaumont Street League City TX 77573
(210) 482-0802
jroden3@wgu.edu

Civil Action No.    5:26-cv-00054-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Elaine Reamer
was recieved by me on  1/28/2026:

[X]   I personally served the summons on the individual at **2617 N Guadalupe St, Seguin, TX 78155** on **02/05/2026** at **4:02 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and $ 108.70 for services, for a total of $ 108.70.

I declare under penalty of perjury that this information is true.

Date:  02/05/2026

_____
Server's signature

Prisca Nwogu
Printed name and title

404 E Bowie St
Lulling, TX 78648

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT, to Elaine Reamer with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.




Tracking #: 0207197099

**PRIORITY MAIL** ® FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

James Louis Koden Sr.
1005 Beaumont St
League City TX 77573



U.S POSTAGE PAID
PM
LEAGUE CITY, TX 77573
FEB 06, 2026
78207
$11.95
RDC 03   0 Lb 1.20 Oz   S2324Y502284-22

CV-4

U.S District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

EXPECTED DELIVERY DAY: 02/10/26

USPS TRACKING® #



9505 5114 4608 6037 5407 80

CV-1

EP14H February 2024 Outer Dimension: 10 x 5



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**RECEIVED**

FEB 11 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

**TRACKED ■ INSURED**

EP14H February 2024
OD: 10 x 5



PS00001000064

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP




VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.