James Louis Roden Jr.
1005 Beaumont Street
League City, TX 77573
(210) 482-0802
jroden3@wgu.edu

February 12th, 2026

Clerk of Court
United States District Court
Western District of Texas
San Antonio Division
262 W. Nueva Street
San Antonio, Texas 78207

**Re: Case No. 5:26-cv-00054**
James Louis Roden Jr. v. Reamer et al

Dear Clerk:

Please find enclosed the executed Proof of Service reflecting service upon the Honorable Kyle Kutscher, in his official capacity as Guadalupe County Judge and as the authorized representative for service of process on Defendant Guadalupe County.

Service was completed on February 11, 2026. I respectfully request that the enclosed Proof of Service be filed in the above-referenced matter.

If any additional documentation is required, please advise.

Respectfully submitted,

James Louis Roden Jr.
Plaintiff, Pro Se

```
FILED
FEB 1 7 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
           DEPUTY CLERK
```

Civil Action No.   5:26-cv-00054-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Guadalupe County - Kyle Kutscher
was recieved by me on  2/10/2026:

- [X] I personally served the summons on the individual at **101 E Court St, Seguin, TX 78155** on **02/11/2026 at 2:40 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 108.70** for services, for a total of **$ 108.70**.

I declare under penalty of perjury that this information is true.

Date: 02/11/2026

_____
Server's signature

**Kayode Mobolade**
Printed name and title

4009 Wilderness Path Bend
Cedar Park, TX 78613

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Guadalupe County - Kyle Kutscher with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: 0208146852

James Louis Roden Sr.
1005 Beaumont St.
League City, TX 77573

U.S. District Clerk's Office
262 West Nueva Street Room 1-400
San Antonio, TX 78207

