Name: James Louis Roden Jr
Address: 1005 Beaumont Street
League City TX 77573
Phone Number: (210) 482-0802
Email Address: jroden3@wgu.edu
*Pro Se*

FILED
MAR 0 2 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| James Louis Roden Jr. <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> Elaine Reamer <br> Guadalupe County TX <br><br> **DEFENDANT(S)** | CASE NUMBER <br><br> 5:26-cv-00054-XR <br><br><br> **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |

As the ☒ Plaintiff ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 02/24/2026          Signature: *James L. Roden Jr.*

**PRIORITY MAIL** — FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE



U.S. POSTAGE PAID
PM
LEAGUE CITY, TX 77573
FEB 24, 2026
78207
$11.95
RDC 03    0 Lb 1.20 Oz    S2324D502360-34

James Louis Roden Jr.
1005 Beaumont St.
League City TX 77573

U.S. District Clerk's Office
262 West Nueva
San Antonio TX

(CV-4)

RECEIVED
MAR - 2 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

EXPECTED DELIVERY DAY: 02/26/26
USPS TRACKING® #