**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JAMES LOUIS RODEN JR, *Plaintiff* § § § | |
| v. § § | Case No. SA-26-CA-00054-XR |
| ELAINE MICHELLE REAMER, COUNTY OF GUADALUPE, TEXAS, *Defendants* § § § § | |

**ORDER**

Before the Court is Plaintiff James Louis Roden Jr.'s Motion for Leave to File Amended Civil Rights Complaint. After considering the motion, the proposed amended complaint, the attached exhibits, the applicable law, and the record, the Court finds that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Amended Civil Rights Complaint is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file his Amended Civil Rights Complaint and properly redacted supporting exhibits.

IT IS FURTHER ORDERED that the Clerk is directed to docket Plaintiff's Amended Civil Rights Complaint and its properly redacted supporting exhibits as the operative amended filing in this case.

SIGNED this _____ day of _____, 2026.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1