# Exhibit B

# April 1st, 2025 Mandated Report against Cody and Jesse and 03/20/2026 Ford County Kansas Police Report



4/9/25, 10:52 PM    Western Governors University Mail - Reporting Possible Crime - Concern Regarding Shelb... (Case No. 24-1775-CR-B)

Case 5:26-cv-00054-XR    Document 14-4    Filed 05/04/26    Page 2 of 11



James Roden █████████████████

# Reporting Possible Crime - Concern Regarding Shelby Jane Koelle (Case No. 24-1775-CR-B)

3 messages

---

**James Roden** ████████████                                    Tue, Apr 1, 2025 at 12:49 AM
To: kell████████████████, jessica.johnson████████████████, jonathan.amdu████████████████,
maritza.stewar████████████, ileen.range████████████████, dwillbor████████████████, Laura.Bolton████████

**Subject: Reporting Possible Crime - Concern Regarding Shelby Jane Koelle (Case No. 24-1775-CR-B)**

To Whom It May Concern,

I am writing to express an urgent concern regarding my niece, Shelby ███████████ and I am unsure of the proper channels to report this. I just recently became aware of a troubling situation that has left me deeply concerned for Shelby's safety and well-being.

Please note that I wish to remain anonymous in this matter to protect myself and my family (wife and children) from any potential retaliation. Additionally, I wish to distance myself from my sister and the rest of her children moving forward, as this is not something I wish to expose my wife and children to.

Shelby, who has Intellectual and Developmental Disabilities (IDD) and receives Social Security Disability benefits, has been living with her brother, Cody, and his wife, Andrea, in Kansas since August 1st, 2024. Despite knowing Shelby's condition, Cody and Andrea allowed a man named Jesse to move into their home. They permitted Jesse to sleep in the same room with Shelby, and Cody has openly stated that he was aware Jesse was using Shelby for sex, claiming that the relationship would not last long. It is now believed that Shelby is pregnant for a second time, potentially as a result of exploitation due to her disability, an issue that both Cody and Andrea had a responsibility to protect her from.

This situation is deeply disturbing, not only because it exposes Shelby to abuse but because it mirrors the very crime Jamie and Michael Allen Walker are being accused of. By allowing this man to have unrestricted access to Shelby, and permitting him to engage in sexual activity with her, Cody and Andrea may have facilitated the same type of abuse that is being prosecuted in Jamie's case. This is a clear violation of Shelby's rights as a vulnerable adult and falls under the same legal concerns as those Jamie and Michael face.

As set forth in Texas Penal Code Section 22.011, which criminalizes sexual assault, the law clearly outlines that individuals with intellectual disabilities cannot consent to sexual activity, and any sexual act committed against them without their consent is a violation of their rights. Under Texas law, consent cannot be legally given by a person who lacks the mental capacity to understand the nature of the act (Tex. Penal Code § 22.011(c)).

In Kansas, the law similarly protects individuals with IDD from sexual exploitation and abuse. According to Kansas Statutes Annotated (K.S.A.) 21-5503, any sexual act involving a person who is unable to provide consent due to mental incapacity is considered sexual assault. Given that Shelby has been diagnosed with IDD, her ability to consent to sexual acts is legally restricted, and Cody and Andrea's actions in permitting this relationship to develop and continue may amount to legal violations under both Texas and Kansas law.

Case 5:26-cv-00054-XR    Document 14-4    Filed 05/04/26    Page 3 of 11

To make matters worse, Cody and Andrea kicked both Shelby and Jesse out of the house together after discovering illegal drugs on the property. While I understand their concern about the drugs, it was irresponsible and dangerous for them to allow this situation to escalate without contacting the authorities. Given Shelby's condition, Cody and Andrea should have taken steps to protect her, rather than ignoring the situation and allowing further harm and forcing her to move in with him knowing the dangers of drugs and sexual exploitation.

It is deeply concerning that this is not the first time Shelby has been placed in such a vulnerable position. In less than two years, a pregnancy has occurred again, highlighting significant failures within the system to protect her. As her family, we are devastated that this abuse has continued without intervention and with this potential second pregnancy another life is tragically impacted.

It is my understanding that Shelby has been under the care of the Guadalupe County Attorney's Office Victim Advocate Program, and their office has conducted regular check-ins with her. Given their oversight, I trust they are already aware of this situation and will take the appropriate steps to ensure Shelby's safety. It is imperative that the relevant authorities in Kansas now step in to further investigate this matter and take the necessary legal actions to protect Shelby from future harm.

As a teacher, I have a duty to report potential abuse, and while I wish to remain anonymous to avoid causing additional harm to my elderly parents, my wife and children from retaliation. I believe this situation must be brought to light. Shelby has been subjected to abuse multiple times, and it is vital that her rights and safety be protected moving forward.

I have included Laura Bolton, the CPS worker handling Shelby's case in Kansas, in this email. I want to clarify that I am no longer the family advocate for Jamie Renee Walker or Shelby Jane Koelle in relation to the ongoing criminal case in Guadalupe County as it is beyond my expertise and hope a more qualified individual can be appointed to help both Shelby and Jamie. However, upon learning of this situation, I felt a responsibility to report it. I sincerely hope that the appropriate authorities in both Kansas and Texas can collaborate to address this issue promptly, before further harm occurs.

Thank you for your attention to this serious matter.

Sincerely,
James Louis Roden Jr.

P.S. Again, I ask that my identity remain anonymous as I do not wish to expose my wife and children to retaliation or harm, and I wish to distance myself from my sister's case and her children going forward as this is beyond my ability to advocate effectively.

---

🎵 **Cody in Regards to Shelby pregnancy.m4a**
1328K

---

**James Roden** <jroden███████████                                    Tue, Apr 1, 2025 at 8:24 AM
To: Kimberly Kennedy <kennedyckimberl███████████

Sent from my iPhone

Begin forwarded message:

> **From:** James Roden <jroden3██████████
> **Date:** April 1, 2025 at 12:49:34 AM CDT
> **To:** kelly█████████████, jessica.johnson████████████, jonathan.amdur████
> maritza.stewart████████████, ileen.rangel███████████, dwillborn█████████
> Laura.Bolton████████████

Case 5:26-cv-00054-XR   Document 14-4   Filed 05/04/26   Page 4 of 11

**Subject: Reporting Possible Crime - Concern Regarding Shelby Jane Koelle (Case No. 24-1775-CR-B)**

[Quoted text hidden]

♫ **Cody in Regards to Shelby pregnancy.m4a**
1328K

---

**James Roden** <jroden█████████████                                          Wed, Apr 9, 2025 at 12:04 PM
To: megan.ru██████████████         Brianna.Leishma███████████████, mar███████████████

**Hi this is James Roden this is my other email and this is the email I reported the newest incident with Shelby to the Guadalupe County Attorney's Office and the current CPS agent that is working with Shelby to find resources for her kids. I made this report April 1st and a week later I'm in jail, me and my family are arrested on 1st degree felony charges, I lost my job, lost all my money to bail and get a lawyer. I stated in the email that I was worried about retaliation and that is exactly what I got.**

**Thank you,**
**James Roden**


---------- Forwarded message ---------
From: **James Roden** ████████████████
[Quoted text hidden]
[Quoted text hidden]

♫ **Cody in Regards to Shelby pregnancy.m4a**
1328K

Original                                                                            26FO02573

# FORD COUNTY SHERIFF'S OFFICE



████ ████ ████ St

R█████ ███, Kansas ██████

Tel: ████████████

**Investigation Report**

**Description: Family Disturbance**

**Case: 26FO02573**

**Date: 03/20/2026**

**Location:** ████████████████████, Ford County, Kansas

**Involved: Cole, Jesse (DOB:              )** ████████ **Shelby (DOB:              )**

**Narrative By: Deputy Vanessa Rivero S.O. 31**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On March 20, 2026, I was on patrol for the Ford County Sheriff's Office (FOSO), in Ford County, Kansas; I was in full uniform and a marked patrol unit.

On March 20, 2026, at approximately 3:23 PM., Ford County Communications dispatched Ford County Deputies to 300 W. Yucca Rd., Bloom, Ford County, Kansas, advising that the reporting party's male half had taken their baby and was refusing to return the child.

At approximately 3:48 PM, I arrived at the residence and made contact with Koelle, Shelby (DOB:            ). I asked Shelby what had occurred; Shelby stated that her partner, Cole, Jesse (DOB:            ) had arrived at their residence, he became upset because he could not find his drugs and money that had been left in some boxes that he had. Shelby stated that Jesse had got pissed off because his items were missing. When Shelby asked to see their daughter, C█, J█ (DOB:            ), Jesse told Shelby "Fuck you. No, you're never going to see her again." Shelby stated that Jesse had shoved Shelby away from the vehicle (2005 Mercury Monetago Kansas License Plate █████), to prevent her from opening the door where her daughter was seated. Shelby stated that Jesse then threw her wallet at her. Shelby stated that Jesse had told her that he was going to call CPS on her. Shelby then stated that Jesse has drugs in the home with boxes that have his name.

I asked Shelby if the vehicle was shared between the two; Shelby stated that the vehicle belongs to Jesse. I asked Shelby if Jesse had placed J█ in the vehicle before the altercation had started; Shelby stated that J█ was already inside of the vehicle when the altercation started.

1

Original                                                                                        26FO02573

Shelby said that she was trying to get J_____ out of the vehicle, but Jesse would not let her near vehicle at all.

I asked Shelby how Jesse had blocked her away from the vehicle. Shelby stated that Jesse had got in her way and started shoving her away from the car as she reached for the door handle. I asked Shelby if Jesse had shoved her with closed or open fists; Shelby motioned a shove with open fists and stated that Jesse was "pushing her hard core trying to keep her away from the car." I asked Shelby if Jesse had made any other contact with her. Shelby stated that Jesse had tried to swing on her but she had dodged it. I asked Shelby when Jesse had tried to swing on her. Shelby stated that Jesse had swung on her when they were outside by the vehicle. Shelby went on to say that Jesse's son had ran inside the residence because he was scared. I asked Shelby where Jesse's son had ran to. Shelby stated that Jesse's son had ran into the back bedroom because he was frightened to death.

I asked Shelby where Jesse had swung on her. Shelby pointed to the driveway on the east-side of the residence. I asked Shelby which side of the vehicle she was on. Shelby stated that she was on the rear driver side of the vehicle and that her daughter was seated behind the driver's seat. Shelby stated again that as she was trying to open the door Jesse became violent and aggressive. Shelby stated that Jesse would not let Shelby anywhere near J_____.

I asked Shelby how Jesse had swung on her. Shelby stated that Jesse had his fist clenched near his head and she had dodged it. I asked Shelby where she was at in relation to Jesse when he had his fist clenched. Shelby stated that she was directly in front of him. I asked Shelby how she felt during the altercation. Shelby stated that she had never seen Jesse like that and that Jesse had never done that before. Shelby said that when Jesse got home and realized his things were gone that he went on a rampage.

I asked Shelby if Jesse had made any comments to her when he had swung on her. Shelby stated that Jesse told her, "You'll never see your fucking kid again."

I asked Shelby if Jesse was J_____'s dad; Shelby stated that Jesse is J_____'s father. I asked Shelby if she and Jesse had any custody agreement; Shelby stated that they do not. Shelby had another child, N_____ K_____ (DOB: _____), with her. Shelby stated that Jesse is N_____'s step-father.

I asked Shelby where Jesse was standing at when he was pushing Shelby. Shelby demonstrated to me that Jesse was standing with his back towards the vehicle blocking the door. Shelby stated that as she reached for the door handle, Jesse extended his arms and pushed her away from the vehicle. Shelby stated that as Jesse shoved her he said, "You're not going to see her until I get my shit back." Shelby stated that she assumed Jesse meant drugs when he said he wanted his shit back.

2

Original                                                                      26FO02573

I asked Shelby how many times Jesse had shoved her; Shelby stated "probably twice." I asked Shelby if Jesse had swung on her before or after the shoving. Shelby stated that the swing had come after Jesse had shoved her.

I asked Shelby how far from the car they were when Jesse had swung on her. Shelby stated that they were approximately 3 feet away because he did not want to hit the window.

I asked Shelby if she and Jesse were still together. Shelby stated that they are together and have been together for about a year and a half.

I asked Shelby to clarify where Jesse's son was during the altercation. Shelby stated that Jesse's son was inside of the vehicle when the altercation started. Jesse's son ran out of the vehicle because he was scared and entered the residence. I asked Shelby how old Jesse's son is and where he was sitting inside the vehicle. Shelby stated that Jesse's son is approximately 13, 14, or 15 years old and he was sitting in the passenger seat.

I asked Shelby if Jesse had made any comments to his son. Shelby stated that Jesse had gone back into the residence and told his son to get the fuck back inside of the car, and that they were leaving and never coming back to the residence.

I asked Shelby if any incident had occurred inside of the residence. Shelby stated that Jesse had started screaming while he was inside of the house because he was ticked off. I asked Shelby if Jesse had manipulated anything inside of the house. Shelby said "not that I would know of. I was still outside." Shelby stated that Jesse had left the residence and drove to the east on Highway 54 to Oklahoma City.

I asked Shelby what time the altercation occurred. Shelby stated that the altercation occurred a few hours ago but was unable to provide an exact time.

Sergeant R. Ligon asked Shelby how long Jesse had stayed at the residence before the altercation outside occurred. Shelby said, "I don't know." Shelby stated that when Jesse arrived at their residence he had banged on the door. When Shelby unlocked the door she stated that Jesse had pushed his way into the residence and "got all mad and stuff." Shelby stated that Jesse walked all around the residence trying to find his drugs.

Sergeant Ligon asked Shelby to explain what she meant by saying Jesse got all mad. Shelby stated that Jesse got in her face saying, "where the hell is my shit. I want it now." Sergeant Ligon asked Shelby where all Jesse had gone in the residence. Shelby stated, "He has drugs in our laundry room, he had it in the bedroom, and the living room and stuff." Sergeant Ligon asked Shelby where Jesse went after he could not find his items. Shelby stated that Jesse had gone outside to the car. Sergeant Ligon asked Shelby if Jesse went inside the car or remained outside of the car. Shelby said, "I don't know."

3

Original                                                                                      26FO02573

Sergeant Ligon asked Shelby when she had gone outside with Jesse. Shelby stated, "All I know is I followed him outside because I wanted to see if my daughter was okay. When I tried to open up the door, he shoved me back."

Sergeant Ligon asked if Shelby and Jesse had walked outside to the vehicle together. Shelby stated that they had. Sergeant Ligon asked Shelby which way the vehicle was facing in the driveway. Shelby stated that vehicle was facing north towards the garage door.

Shelby stated that she wanted to see her daughter to see if she was okay and being fed. Shelby stated that when Jesse is on drugs he does not feed J.         Shelby stated that Jesse told her, "not until I get my shit back, you ain't seeing her." I asked Shelby if she knew whether or not Jesse was under the influence. Shelby stated that Jesse's eyes appeared bloodshot and that he looked like he was high when he arrived at the residence. Shelby stated that Jesse had called her around the time that Ford County Deputies arrived at the residence.

I asked Shelby which door Jesse had entered the residence from when he arrived. Shelby stated that Jesse had walked through the front door. I asked Shelby where Jesse had gone once he was inside of the residence. Shelby stated that Jesse went through the whole house and went everywhere. I asked Shelby what Jesse was doing as he was searching. Shelby stated that Jesse was getting mad and frustrated.

I asked Shelby to explain what she meant by Jesse getting mad. Shelby stated that Jesse was punching stuff, hitting himself, and hitting the walls. I asked Shelby what else Jesse was doing. Shelby stated that Jesse was screaming at her saying "where is my crap." This statement Shelby made was inconsistent with her previous answer when I had asked her if any incident had occurred inside of the residence and if Jesse had manipulated anything inside of the house.

I asked Shelby where the kids were when Jesse was inside of the residence. Shelby stated that she was holding her daughter N       as Jesse was yelling at her. Shelby stated that N       was getting scared and was lunging towards her as she was in Shelby's arms. I asked Shelby where Jesse's son was. Shelby stated that Jesse's son was inside of the back bedroom, shaking from fear. Shelby stated that Jesse told his son "get the fuck in the car now."

I asked Shelby if Jesse had made any comments to her as he was searching the house. Shelby stated that Jesse told her, "You're never going to see her again. Kiss her goodbye."

I asked Shelby how Jesse's facial expression was when he had swung on her. Shelby stated that Jesse's face looked like he did not care and that he was pissed. I asked Shelby to explain his expression. Shelby stated, "Like mad. Like beyond mad. His face was red. Redder than red."

I asked Shelby what happened after Jesse had swung on her. Shelby stated that she called Ford County Communications (FCC) and went back inside. Shelby stated that when she called FCC, Jesse freaked out and left.

4

Original                                                                                    26FO02573

I asked Shelby at what point Jesse's son had got back into the vehicle. Shelby stated that Jesse went back into the residence after she had gone inside. Jesse then yelled at his son to get back into the car. Shelby stated that Jesse's son was visibly shaking and telling Shelby not to let Jesse into the house because he was scared. Shelby stated that Jesse unlocked the front door and got into the house.

At approximately 4:25 P.M., Jesse arrived at the residence. Sergeant Ligon and I made contact with Jesse. Jesse stated that he had heard Shelby called the police and wanted to make the best decision to clear everything up.

Jesse stated that he had boxes inside of the residence that contained vapes, cash, and a box with a gun inside of it. Jesse stated that when he had arrived at the residence earlier, he could not find the items. Jesse stated that he was upset because he had guns and cash missing.

Sergeant Ligon asked Jesse what happened when he first arrived at the residence. Jesse stated that he had initially gone to the residence to pick up some cash that he had stored inside of a box. Jesse estimated that he had left approximately $1,000 dollars inside of a box. Jesse stated that Shelby told him that she had gone through the boxes and that they did not have any money inside of them.

Sergeant Ligon asked Jesse what he did after he could not find the cash. Jesse stated that he had gone back outside and told Shelby that he had returned back to the house to stay the night. After realizing that he did not have the money to fall back on he was going to go back to his dad's residence to figure everything out. Jesse stated that he returned Shelby's wallet to her and made sure she had her food stamp card and the children's Medicaid card. Jesse stated that he and Shelby do not have any set custody arrangement.

Sergeant Ligon asked Jesse what had happened once Jesse and Shelby were by the vehicle. Jesse stated that Shelby wanted to see their daughter J(     ,    , so Jesse moved the canopy on the car seat back so that Shelby could see her. Jesse stated that he has been keeping in contact with Shelby about J       's wellbeing through messages and photos.

Sergeant Ligon told Jesse that Shelby had stated that Jesse pushed her; Jesse stated that he did not push Shelby or get near her. Jesse also stated that we could speak with his son B·,     ,  C·
(DOB:          ), who was present during the incident.

I asked B     what had happened after they got back to the residence. B     stated that Shelby and Jesse had gotten into a verbal argument about Shelby's brother, so he went to the back room of the residence because he does not like when people yell.

I asked B     what he heard when Shelby and Jesse were yelling; B       that the two argued about Shelby's brother having a restraining order against them. B     stated that he walked outside while the argument was ongoing.

5

Original                                                                              26FO02573

I asked B!         , if he saw anything occur outside. B'___     stated that he was in the front passenger seat trying to calm the baby. I asked B        what was wrong with J         that he needed to calm her down. B,        ' stated that J'        was hungry.

I asked B:        , what Jesse and Shelby were doing outside of the car. B'‾        stated that Jesse and Shelby were yelling. B        ‾   stated that his father, Jesse, wanted to leave. B(  -        ' said Jesse gave Shelby her wallet back and drove off.

I asked B,         if Shelby had seen the baby before they left. B         , stated that Shelby did get to see J(         I asked B, ___  , how Shelby saw J'         . B(         said that Shelby opened the door and pulled back the canopy of the carseat to see J'

I asked B(         if he knew what Shelby and Jesse were arguing about. B(  '         , stated that Shelby and Jesse were arguing about Jesse's missing items.

After speaking with B         , I went back to speak with Jesse and Sergeant Ligon. I asked Jesse if it was him or Shelby who had lifted the canopy; Jesse stated that he did not know.

Sergeant Ligon and I verified that Jesse had the means to care for J'         . Jesse gave us consent to look through J(         's diaper bag. Jesse had extra clothes, diapers, wipes, formula, and bottles with him.

After speaking with Sergeant Ligon, we both deemed that there was not enough probable cause to believe that a domestic had occurred between Shelby and Jesse.

I asked Jesse what kind of bills were in the shoebox that had $1,000. Jesse stated that all of the bills were $100. Jesse described them to be brand new bills.

I asked Jesse to describe his missing handgun. Jesse stated that the handgun is a missing 22 caliber revolver. Jesse was unsure of the brand of the handgun. Jesse stated that he had purchased the firearm from Academy Sports. Jesse stated that the handgun has an interchangeable barrel on it. Jesse stated that the handgun has a 22 magnum chamber on it. Jesse described the handgun to have a 6 inch barrel and a handle that is decorated with the Texas flag. Jesse stated that the handgun is older and 'beat up' in appearance. The handgun was loaded with approximately 6 rounds of ammunition.

Jesse estimated the handgun to be worth approximately $125.

Jesse took B:         and J.         ' with him to Oklahoma. N'         was left with Shelby.

I have nothing further to report at this time.


**All Events Occurred in Ford County.**

6

**Photos of drugs found in home of Jesse Cole**

 

