**Exhibit C**

**S.J.K. and Cody sworn affidavits sent via email and filed in the 274th District Court**

Unique Code : CAA-BAA-EIBIHCAA-IEAGBEE-BDFF-JJE-H Page 20 of 23

**AFFIDAVIT OF SHELBY JANE KOELLE**

**STATE OF KANSAS**

**COUNTY OF FORD**

**BEFORE ME, the undersigned authority, personally appeared Shelby Jane Koelle, who, after being duly sworn, deposes and states as follows:**

---

## I. PERSONAL INFORMATION

1. My name is **Shelby Jane Koelle**, and I am over **18 years of age**.

2. I currently reside in **Dodge City, Kansas, Ford County**.

3. I am competent to testify to the facts contained in this affidavit.

4. I make this statement **freely and voluntarily**, without coercion, duress, or promise of benefit.

---

## II. CERTIFICATION OF VIDEO TESTIMONY TRANSCRIPTS

5. I am the individual who provided the recorded video testimony titled **"Shelby Testimony Video"**, recorded on **March 10, 2025, at 10:43 p.m.**, and the video titled **"Shelby Testimony for Bond Hearing"**, recorded on **March 12, 2025, at 8:48 p.m.**.

6. I have reviewed the written transcripts of both my video testimonies, attached hereto as:

   o **Exhibit A-1:** Transcript of the March 10, 2025, testimony.

   o **Exhibit C-1:** Transcript of the March 12, 2025, testimony.

7. I affirm and certify that both transcripts are **true, accurate, and complete representations** of my statements in the respective videos.

8. I confirm that the transcripts have not been altered and that they correctly reflect my answers and testimony as I provided them.

---

## III. STATEMENT REGARDING JAMIE RENEE WALKER'S INNOCENCE

pg.1

CERTIFIED TRUE AND CORRECT COPY    GUADALUPE COUNTY, TEXAS

9. I affirm, under **penalty of perjury**, that my mother, **Jamie Renee Walker, is innocent and had no involvement in the crime committed by Michael Walker**.

10. Jamie Renee Walker was **not an accomplice** and did not aid, assist, encourage, or participate in any way in the crime against me.

11. Instead, Jamie Renee Walker was also **a victim of Michael Walker's abuse**, which included physical violence, threats, and manipulation.

## IV. DISCLOSURES TO GUADALUPE COUNTY SHERIFF'S OFFICE

12. I have made **multiple statements** to the **Guadalupe County Sheriff's Office**, including to **Officer Reamer**, stating that:

- **Jamie Renee Walker was not involved in any criminal activity.**

- **Jamie Renee Walker was also a victim of Michael Walker's ongoing abuse.**

- **Jamie Renee Walker had no knowledge of the crime until after I was removed from the home.**

13. Despite these repeated statements, **Officer Reamer refused to believe me and attempted to convince me otherwise**.

14. The fact that law enforcement **ignored my statements** raises serious concerns about whether all exculpatory evidence was properly considered.

## V. SWORN DECLARATION

15. I make this affidavit under **penalty of perjury** under the laws of the **State of Kansas** and **State of Texas**.

16. I respectfully request that this affidavit, the certified transcripts, and my video testimonies be admitted as evidence in the legal proceedings involving **Jamie Renee Walker (Cause No. 24-1775-CR-B, 274th Judicial District Court, Guadalupe County, Texas)**.

**Further affiant sayeth not.**

## SIGNATURE & NOTARY SECTION

pg. 2



CERTIFIED TRUE AND CORRECT COPY          GUADALUPE COUNTY, TEXAS

SIGNED this 15th day of March, 2025.

*Shelby Koelle*

**Shelby Jane Koelle**

**SWORN TO AND SUBSCRIBED BEFORE ME** on this 15th day of March, 2025, by **Shelby Jane Koelle,** who personally appeared before me and signed this affidavit.

*Adriana Vargas*

Notary Public, **State of Kansas**, County of Ford

My Commission Expires: 08/18/2027

> ADRIANA L VARGAS
> Notary Public, State of Kansas
> My Appointment Expires
> August 18, 2027

Unique Code : CAA-BAA-EIBIHCAA-IEAGBEE-BDFFJE-H Page 22 of 23

pg.3

CERTIFIED TRUE AND CORRECT COPY    GUADALUPE COUNTY, TEXAS

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 99051950
Filing Code Description: Letters
Filing Description: from defendant
Status as of 3/31/2025 7:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Guadalupe County DA Jessica Johnson, ADA | | jessica.johnso███████████ | 3/30/2025 7:45:36 PM | SENT |

Unique Code : CAA-BAA-EIBIHCAA-IEAGBEE-BDFFJE-H Page 23 of 23

I, Linda Balk, Clerk of the District Courts, in Guadalupe County, Texas, certify this copy is true and correct as FILED & RECORDED in the Official Court Records of District Court.

24-1775-CR-B, 12/9/2025 8:58:30 AM

**THE HONORABLE LINDA BALK**
GUADALUPE COUNTY DISTRICT CLERK,
THE STATE OF TEXAS

SK Initial

# SWORN AFFIDAVIT OF SHELBY JANE KOELLE

State of Kansas

County of Ford

BEFORE ME, the undersigned authority, on this day personally appeared SHELBY JANE KOELLE, who being by me duly sworn, stated under oath the following:

## 1. Personal Background and Legal Capacity

My name is Shelby Jane Koelle. I am over the age of 18, of sound mind, and fully competent to make this affidavit. I am a single mother. I have never been declared legally incompetent by any court, and I have no legal guardian or conservator. I understand my rights and responsibilities, and I am fully capable of making decisions on my own behalf.

I have the legal right under Texas law and the United States Constitution to speak my truth, to request assistance from people I trust, and to participate in legal matters that affect me. No law prohibits me from submitting an affidavit, testifying, or choosing an advocate to assist me. I am making this statement freely and voluntarily, without any pressure, coercion, threats, or promises.

I understand that this affidavit is made under penalty of perjury, and I affirm that the statements below are true and correct to the best of my knowledge.

## 2. My Prior Statements

I have previously submitted three separate sworn and notarized affidavits, each of which I signed willingly and with full understanding. In addition to those written statements, I have also appeared in multiple video and audio recordings where I confirmed the same facts:
- That I was not coerced or manipulated,
- That I spoke of my own free will,
- And that I was telling the truth.

Everything I previously stated in my prior affidavits remains true today. I have not changed my story, and I continue to stand by my original statements made voluntarily in 2024 and 2025.

## 3. James Roden's Role as My Advocate

I asked James Louis Roden Jr. to help me because I trusted him and needed support. He acted only as my advocate, helping me express what I needed to say and guiding me through the process of submitting truthful statements.

1

 **Initial**

At no time did James Roden ever threaten, pressure, or force me to say or sign anything. He encouraged me to be honest and made sure I understood what I was signing. He acted with integrity and out of concern for my well-being and safety.

I am stating clearly that James Roden is innocent of the charge of Tampering with a Witness, and I am willing to testify under oath in court that he never committed any wrongdoing toward me.

## 4. Support from Kimberly Kennedy

Kimberly Kennedy is currently helping me submit this affidavit. She is doing so at my request. I asked her to assist me because I needed help getting this affidavit notarized and delivered. She is acting as my advocate, and I want it known that I fully support her helping me.

She is not influencing my words, decisions, or beliefs in any way. She is simply helping me carry out what I have chosen to do.

Any attempt to punish, threaten, or intimidate Kimberly for helping me would be unjust and would interfere with my rights as an independent adult to speak the truth and ask for help when I need it.

## 5. My Voice and My Willingness to Testify

I am ready and willing to testify under oath in court to confirm that I told the truth in all my prior affidavits, video recordings, and phone conversations. Everything I have said has been of my own free will. I am speaking now because I want the truth to be known.

Despite submitting multiple sworn affidavits and recorded statements, I have never been contacted, interviewed, or asked to clarify anything by any law enforcement officer or anyone from the County Attorney's Office as it relates to the charges against James Louis Roden Jr, my advocate. My voice has been ignored, and I believe people have been arrested to stop me from speaking the truth.

## 6. My Rights as a Person with a Disability

I have an intellectual or developmental disability, but I am fully capable of understanding what I am saying and doing. I have never been declared incompetent by a court, and I do not have a guardian. I am an adult and have the right to speak for myself, submit affidavits, and testify in court.

Any attempt to discredit me because of my disability would be a violation of my rights under the following laws:

- **The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.**

- **The Rehabilitation Act of 1973, 29 U.S.C. § 794**

 Initial

- **Olmstead v. L.C., 527 U.S. 581 (1999)**

- **The Texas Persons with an Intellectual Disability Act (Texas Health and Safety Code, Chapter 591)**

Under **Chapter 591 of the Texas Health and Safety Code**, I retain full legal rights unless a Texas court formally appoints a guardian or declares me legally incompetent. **No such ruling has ever been made in my case.** I make this affidavit voluntarily and with full understanding of its contents.

I have the legal right to access the courts, make voluntary statements, and ask for help from people I trust. No one has the right to ignore or dismiss my voice because of my disability.

## 7. My Statement to Those in Power

I want the people in charge of this situation to understand that I am not invisible. I am a human being with rights, thoughts, and a voice. I am not a pawn or a case number. Arresting people who try to help me is wrong. Ignoring my sworn statements is wrong. I ask that the truth be acknowledged and that justice be based on facts, not fear or politics. I will speak the truth as many times as I need to. .

I swear under penalty of perjury that the above is true and correct.

Signed this 29 day of ___May___, 2025

*Shelby Koelle*

**Shelby Jane Koelle**

Subscribed and sworn to before me, the undersigned authority, on this 29 day of ___May___, 2025, by Shelby Jane Koelle, who personally appeared before me and affirmed that she executed this affidavit voluntarily and for the purposes stated herein.

*Eduviges Ortiz*

**Notary Public, State of** ___Kansas___

**My Commission Expires:** ___2-28-2028___

> NOTARY PUBLIC - State of Kansas
> EDUVIGES ORTIZ
> My Appt. Exp. 2-28-2028

3

STATE OF __Kansas__

COUNTY OF __Ford__

Before me, the undersigned authority in and for the State of __Kansas__, on this day personally appeared, __Shelby Jane Koelle__ who, after being by me duly sworn, deposed and said:

My name is Shelby Jane Koelle, I am of sound mind, 26 years old and competent to give this affidavit.

I want to make the court and the court members aware that my mother (Jamie Renee Walker) and I are victims of the abuse of Michael Allen Walker. Michal Walker raped me at gunpoint. He told me that he was falling in love with me and that he wanted my Mom dead. He also told me that if I told anyone that he raped me that he was going to shoot me in my mouth.

Michael Walker would beat my mother many times and when he was high on drugs would take his gun and point it at my mother and I and swore to kill us, friends and family if we didn't do what he said. One time he beat her so bad that my mother got a bad concussion. Michael Walker also put a knife to my mothers throat and chocked her until she was unconscious.

Many times, while he raped me, he would take pictures of me while raping me and threatened to post them on Facebook if I ever told. I am so terrified of this man that I don't feel safe with him around and I fear for my daughter who is his biological father from raping me. This man hurt us really bad. I am still terrified of having bad nightmares because of him.

My mother tried to help me but we were to scared of dying and didn't want our family members to be murdered by Michael.

I have read the above statement consisting of __2__ page(s), which is based on my personal knowledge, and it is true and correct.

__Shelby K__

Subscribed and sworn to before me, the undersigned authority, on this the __15__ day of __November__ A.D. __2024__.

__Sandra Roariff__

Notary

SANDRA RODRIGUEZ
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 09/14/202 5



STATE OF _Kansas_

COUNTY OF _Ford_

Before me, the undersigned authority in and for the State of _Kansas_, on this day personally appeared, _Cody Lane Koelle_ who, after being by me duly sworn, deposed and said:

My name is Cody Lane Koelle, and I am of sound mind, 28 years old and competent to give this affidavit.

Throughout my adult life I lived with my mother (Jamie Renee Walker) and my step father (Michael Allen Walker). On many occasions I have witnessed Michael getting into verbal and physical altercations with my mother. On one particular occasion at Michael's lake house in Cedar Creek Texas I witnessed Michael punch, kick and beat my mother. I tried to step in to help her, however Michael threatened my life. On another occasion in Seguin Texas I witnessed Michael getting upset, started to attack my mother and as soon I as I tried to intervene Michael pulled out a gun and threatened my life and the life of my family.

Michael Walker is mostly drunk and smokes a lot of weed. He owns many guns, is an experienced hunter and has a very bad temper.

I have read the above statement consisting of __1__ page(s), which is based on my personal knowledge, and it is true and correct.

_Cody Koelle_

Subscribed and sworn to before me, the undersigned authority, on this the _15_ day of _November_ A.D. _2024_.

_Sandra Rodriez_

Notary

SANDRA RODRIGUEZ
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: _09|14|2025_

June 23, 2025

Cofer & Connelly, PLLC

ATTN: Megan Rue

602 W 11th St

Austin TX 78701

**To whom it may concern:**

Please accept this letter as a confirmation that Cody Lane Koelle came in to my location at ███████ Dodge City KS █████ on 11/15/2024 time 10:45 A.M. to notarize a document. I did witness him signing the document in front of me, and verified his Identification. I did stamp the letter with my Notary stamp. Please see the Notary Record I have attached.

Sincerely,

Sandra Rodriguez

Landmark National Bank

████████████

Dodge City KS █████

_(signature)_

Sandra Rodriguez                                06/23/2025
                                                Date

_(signature)_

Notary                                          06/23/2025
                                                Date

MARIA L. OROZCO
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 9/14/2025

# NOTARY RECORD

**Printed Name and Address of Signer:**
cody Lane Koelle

DCPS

**Phone Number:** ▉

**Email:**

**Signer's Signature:**
X Cody Ku...

**Thumb Print**

**Service Performed:**
- O Oath
- O Acknowledgment
- O Jurat
- O Other:

**Identification:**
- O I.D. Card      O Credible Witness
- Ø Drivers License   O Known Personally
- O Passport
- O Other:

**I.D. Number:** ▉

**Issued By:** KS

**Issued Date:** 8/1/23

**Expiration Date:** 9/16/2...

**Document Type:** Affidavit

**Date/Time Notarized:** 11/5/24   10:45  AM / PM

**Document Date:** 11/5/24

**Fee Charged:** N/A

**Printed Name and Address of Witness:**

**Phone Number:**

**Email:**

**Witness' Signature:**

**Comments:**

**Record Number** 74