# Exhibit E - Objective Phone Records from T-Mobile showing Shelby Contact and Text Messages

| Date and Time | 210482 | Incoming | Initating Call | Returning Call | Mins | Type |
|---|---|---|---|---|---|---|
| 10/23/2024 16:33 | (620) 518█ | Incoming | | | 3 Min | I IGNORED CALL - Voicemail |
| 10/27/2024 18:49 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 10/29/2024 8:50 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 10/29/2024 9:38 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 10/29/2024 9:53 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 10/29/2024 9:54 | (620) 518█ | Incoming | | | 2 Min | I IGNORED CALL |
| 11/7/2024 18:56 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/7/2024 19:05 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/7/2024 19:05 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/7/2024 19:05 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/8/2024 11:16 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/8/2024 18:33 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/8/2024 18:45 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/8/2024 18:46 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/9/2024 9:48 | (620) 518█ | Incoming | | | 2 Min | I IGNORED CALL |
| 11/9/2024 9:50 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/9/2024 9:52 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/9/2024 9:54 | (620) 518█ | Incoming | | | 2 Min | I IGNORED CALL |
| 11/9/2024 9:57 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/11/2024 17:48 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/11/2024 17:55 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/14/2024 11:24 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/15/2024 13:48 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/15/2024 14:02 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 11/16/2024 13:33 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 1/29/2025 18:35 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 1/30/2025 17:29 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 1/30/2025 23:37 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/6/2025 16:43 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/6/2025 17:09 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/7/2025 14:15 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/7/2025 16:43 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/8/2025 13:14 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/8/2025 13:26 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/8/2025 13:26 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/8/2025 14:05 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/10/2025 9:50 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/11/2025 16:16 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/13/2025 18:45 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/14/2025 8:47 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/17/2025 15:51 | (620) 518█ | Incoming | | | 4 Min | Breifly Spoke to Shelby, told her I was busy I would call her back |
| 2/17/2025 15:58 | (620) 518█ | | | to █/KS | 3 Min | Breifly Spoke with Shelby telling her I'm driving and can't talk |
| 2/17/2025 16:24 | (620) 518█ | Incoming | | | 7 Min | Spoke to her, talked about her day and the baby |
| 2/21/2025 10:28 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/25/2025 15:12 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/25/2025 15:14 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/25/2025 15:16 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 2/27/2025 13:59 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/4/2025 10:42 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/4/2025 11:27 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/4/2025 14:08 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/5/2025 18:51 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/7/2025 19:17 | (620) 518█ | | | to █/KS | 5 Min | Returning her call |
| 3/10/2025 16:59 | (620) 518█ | Incoming | | | 3 Min | Told Shelby I was driving and couldn't talk |
| 3/10/2025 20:10 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/10/2025 22:26 | (620) 518█ | | | to █/KS | 14 Min | Returned her call, she asked me for help to get in contact with County Attorney |
| 3/11/2025 11:30 | (620) 518█ | Incoming | | | 4 Min | She asked me about doing a video |
| 3/11/2025 17:28 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/11/2025 17:31 | (620) 518█ | Incoming | | | 6 Min | She again asked me about doing a video |
| 3/12/2025 10:36 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/12/2025 16:26 | (620) 518█ | | | to █/KS | 1 Min | Returning her call Did not answer |
| 3/12/2025 20:27 | (620) 518█ | | | to █/KS | 13 Min | She again asked me for help about making video |
| 3/12/2025 20:59 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/13/2025 10:47 | (620) 518█ | | | to █/KS | 2 Min | Returned her call She did not answer |
| 3/14/2025 16:34 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/14/2025 17:34 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/14/2025 17:39 | (620) 518█ | Incoming | | | 3 Min | Told her I was busy and couldn't talk |
| 3/14/2025 19:18 | (620) 518█ | Incoming | | | 2 Min | I IGNORED CALL |
| 3/14/2025 20:04 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/14/2025 20:07 | (620) 518█ | Incoming | | | 1 Min | I IGNORED CALL |

| Total Incoming from Shelby | James Initating Calls |
|---|---|
| 165 | 2 |
| 82.50% | 0.00% |
| | |
| Missed Calls from Shelby | Returning Shelby's Call |
| 145 | 35 |
| 72.50% | 17.50% |
| | |
| Answered Shelby's Call | |
| 20 | |
| 10% | |

| Date/Time | Number | Direction | to | /KS | Duration | Notes |
|---|---|---|---|---|---|---|
| 3/14/2025 20:08 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/15/2025 13:47 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/15/2025 21:41 | (620) 518■ | | to ■ | /KS | 3 Min | Returned her call |
| 3/16/2025 18:32 | (620) 518■ | Incoming | | | 2 Min | I IGNORED CALL |
| 3/17/2025 14:43 | (620) 518■ | Incoming | | | 5 Min | She asked me for help in making conference calls - told her I was busy |
| 3/17/2025 15:33 | (620) 518■ | Incoming | | | 2 Min | She again asked me for help making conference calls |
| 3/18/2025 23:00 | (620) 518■ | | to ■ | /KS | 14 Min | I was returning her call and she was telling me about Cody and Andrea kicking her and her baby out of the house |
| 3/18/2025 23:16 | (620) 518■ | Incoming | | | 6 Min | Asking me for help and she had nowhere to go, I gave her the number to the County Attorney's Office |
| 3/19/2025 9:59 | (620) 518■ | Incoming | | | 4 Min | She informed me County Attorney would not speak with her |
| 3/19/2025 10:11 | (620) 518■ | | to ■ | /KS | 4 Min | Told her I would call her back |
| 3/19/2025 10:38 | (620) 518■ | | to ■ | /KS | 16 Min | Returning her call Shelby was scared and didn't know what to do, she is begging for help and needs to talk to County Attorney's |
| 3/19/2025 10:54 | (620) 518■ | | to ■ /KS | | 2 Min | I gave her the number to Ford County Sheriff Office and Guadalupe County Attorney's Office |
| 3/19/2025 11:01 | (620) 518■ | Incoming | | | 2 Min | I IGNORED CALL |
| 3/19/2025 12:34 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 12:35 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 13:55 | (620) 518■ | | to ■ | /KS | 14 Min | Returning her call -Tried to help Shelby get in contact with Food Pantry and WIC because her baby needed help |
| 3/19/2025 14:18 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 14:30 | (620) 518■ | Incoming | | | 4 Min | I gave her the number to County Attorney's Office again |
| 3/19/2025 14:38 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 14:43 | (620) 518■ | Incoming | | | 3 Min | Told Shelby I was busy and would call back later |
| 3/19/2025 14:46 | (620) 518■ | | to ■ | /KS | 8 Min | Returning Shelb's Call |
| 3/19/2025 15:12 | (620) 518■ | | to ■ /KS | | 2 Min | Gave her the number to her Church in Dodge City |
| 3/19/2025 18:03 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 18:03 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 18:04 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 18:06 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 18:17 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/19/2025 18:21 | (620) 518■ | Incoming | | | 2 Min | Shelby asked for Conference Call |
| 3/19/2025 19:05 | (620) 518■ | | to ■ | /KS | 1 Min | Returning her call |
| 3/20/2025 11:35 | (620) 518■ | | to ■ | /KS | 8 Min | Shelby is begging for help and wants to speak to victim advocate |
| 3/20/2025 11:42 | (620) 518■ | | to ■ | /KS | 1 Min | Dropped call |
| 3/20/2025 11:42 | (620) 518■ | Incoming | | | 5 Min | Shelby Asked for Conference Call |
| 3/20/2025 11:47 | (620) 518■ | | to ■ | /KS | 3 Min | Conference call |
| 3/20/2025 11:49 | (620) 518■ | | to ■ | /KS | 4 Min | Conference call |
| 3/20/2025 11:53 | (620) 518■ | | to ■ | /KS | 5 Min | Conference call |
| 3/20/2025 11:58 | (620) 518■ | | to ■ | /KS | 2 Min | Ending Confrence Call |
| 3/20/2025 12:26 | (620) 518■ | Incoming | | | 2 Min | I IGNORED CALL |
| 3/20/2025 12:35 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/20/2025 12:37 | (620) 518■ | Incoming | | | 3 Min | Told her I would call back in a few, busy with kids |
| 3/20/2025 12:40 | (620) 518■ | | to ■ | /KS | 1 Min | Returning call no answer |
| 3/20/2025 12:41 | (620) 518■ | | to ■ | /KS | 2 Min | Returning Call left voice mail |
| 3/20/2025 12:42 | (620) 518■ | | to ■ | /KS | 1 Min | Returning call no answer |
| 3/20/2025 12:51 | (620) 518■ | Incoming | | | 4 Min | Shelby still begging for help, gave her numbers again. |
| 3/20/2025 13:59 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/20/2025 14:09 | (620) 518■ | Incoming | | | 3 Min | I IGNORED CALL - Voicemial |
| 3/20/2025 18:17 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/20/2025 20:13 | (620) 518■ | Incoming | | | 8 Min | I answered her call, she is begging for help, no one to turn to. |
| 3/20/2025 20:48 | (620) 518■ | | to ■ | /KS | 9 Min | Returning her call with new numbers on getting her support in Dodge City area |
| 3/21/2025 7:29 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 7:48 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 7:49 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 7:52 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 7:54 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:09 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:11 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:14 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:24 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:26 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 8:26 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 10:03 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 10:04 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:21 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:21 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:23 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:29 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:51 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:54 | (620) 518■ | Incoming | | | 1 Min | I IGNORED CALL |
| 3/21/2025 12:58 | (620) 518■ | | to ■ | /KS | 2 Min | Returning her call No answer left voicemail |
| 3/21/2025 13:11 | (620) 518■ | | to ■ | /KS | 6 Min | Gave Shelby moral support and said a prayer with her on phone - Call Dropped at end |
| 3/21/2025 13:17 | (620) 518■ | | to ■ | /KS | 2 Min | Returning Dropped Call - No answer |
| 3/21/2025 13:19 | (620) 518■ | | to ■ | /KS | 2 Min | Returning Dropped Call - No Answer |

| Date/Time | Number | Direction | To | Duration | Notes |
|---|---|---|---|---|---|
| 3/21/2025 13:21 | (620) 518█ | | to █/KS | 2 Min | Returning Dropped Call - No Answer |
| 3/21/2025 13:34 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/21/2025 14:22 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/21/2025 14:42 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/21/2025 15:05 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/22/2025 15:07 | (620) 518█ | | to █/KS | 22 Min | Returning Call - Shelby gave me details about her situation with Cody and Andrea and being kicked out of the home |
| 3/22/2025 15:52 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/22/2025 17:41 | (620) 518█ | Incoming | | 3 Min | I IGNORED CALL - she left a voicemail |
| 3/22/2025 17:49 | (620) 518█ | | to █/KS | 2 Min | Returned her call |
| 3/23/2025 18:44 | (620) 518█ | Incoming | | 3 Min | I IGNORED CALL - She Left a voicemail |
| 3/24/2025 8:58 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/24/2025 9:04 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/24/2025 10:15 | (620) 518█ | Incoming | | 1 Min | Shelby asked for Conference Call |
| 3/24/2025 11:31 | (620) 518█ | | to █/KS | 8 Min | Conference call |
| 3/24/2025 12:17 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/24/2025 12:18 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/25/2025 8:33 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/25/2025 12:35 | (620) 518█ | Incoming | | 5 Min | Conference call - Shelby Inticated Conference Call |
| 3/25/2025 12:39 | (620) 518█ | | to █/KS | 2 Min | I IGNORED CALL |
| 3/25/2025 13:10 | (620) 518█ | Incoming | | 3 Min | I IGNORED CALL - left voicemail |
| 3/25/2025 14:03 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/26/2025 18:16 | (620) 518█ | | to █/KS | 9 Min | Returing her call - said a prayer with her and gave her moral support |
| 3/26/2025 19:19 | (620) 518█ | Incoming | | 17 Min | Told Shelby I will send an email to the County Attorney's Office asking for a Guardian Ad Liam and that I can't be her Advocate no more |
| 3/26/2025 21:06 | (620) 518█ | Incoming | | 2 Min | I IGNORED CALL |
| 3/27/2025 15:30 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 16:17 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 16:17 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 16:19 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 17:40 | (620) 518█ | Incoming | | 2 Min | I IGNORED CALL |
| 3/27/2025 17:41 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 18:10 | (620) 518█ | Incoming | | 2 Min | I IGNORED CALL |
| 3/27/2025 18:26 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/27/2025 19:06 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/28/2025 9:24 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/28/2025 9:36 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/28/2025 9:45 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/28/2025 12:28 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 3/29/2025 23:30 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/1/2025 13:39 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/3/2025 10:49 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/3/2025 10:50 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/3/2025 10:58 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 9:53 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 9:54 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 17:32 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 19:49 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 19:50 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 19:51 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 19:55 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 19:58 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:02 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:09 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:12 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:25 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:25 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:26 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:27 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:30 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |
| 4/4/2025 20:31 | (620) 518█ | Incoming | | 1 Min | I IGNORED CALL |

**Exhibit** ▮▮▮▮▮



**Exhibit** ▮▮▮▮▮



**Exhibit** ▬▬▬



**Exhibit** ▮▮▮▮



**Exhibit ▮▮▮▮**



**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



11

**Exhibit** ▮▮▮▮

.ıl T-Mobile Wi-Fi 🤏    2:53 AM    ⏰ 100% 🔋

SK

Shelby >

and right

Cause like I was scared that she was gonna have a because of that concussion. She hit her head on the sink. Cause he kept slamming it into the sink. I had to run a chord to go get the neighbor it took a nap.  Off my mother.

It took one of our neighbors stuff to pull.Michael off my mom

He was also selling weed to miners

He sold weed to a fourteen year old girl

If you wanna know more about him , just give me a call

I got a lot of dirt on home

He also abuses animals



Text Message • RCS

12

**Exhibit** ▮▮▮▮▮



**Exhibit**



**Exhibit** ▮▮▮▮



**Exhibit** ▪▪▪▪▪





16

**Exhibit**

**T-Mobile Wi-Fi** 2:54 AM 100%

**SK**

Shelby ›

Tue, Feb 11 at 4:14 PM

There's a picture of bryce

6483262539
856799997.j
pg
JPEG Image ·
294 KB

There's a picture of lane

4363179776
005185935.j
pg
JPEG Image ·
231 KB

And there's a picture of
remington

17355168294
44694016.jp
g
JPEG Image ·
310 KB

5529503051
571742875 in

Text Message · RCS

**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit** ▉▉▉▉



**Exhibit** ▉▉▉▉



.ull T-Mobile Wi-Fi 📶   2:56 AM   ⏰ 100% 🔋

**SK**

Shelby ›

Wed, Mar 19 at 7:06 PM

To join the meeting on Google Meet, click this link: https://meet.google.com/mco-ztoy-ceb

Or open Meet and enter this code: mco-ztoy-ceb

To join the meeting on Google Meet, click this link: https://meet.google.com/mco-ztoy-ceb

Or open Meet and enter this code: mco-ztoy-ceb

Thu, Mar 20 at 6:17 PM

📄 pdf   2430319145 887130150.pdf   ⬇️
PDF Document · 237 KB

Thu, Mar 20 at 8:15 PM

＋   Text Message · RCS   🎤

24

**Exhibit**

.ıll T-Mobile Wi-Fi 🛜    2:56 AM    ⏰ 100% 🔋

**SK**

Shelby ›

Thu, Mar 20 at 8:15 PM

> Ask if they can give you the same accommodations that Cody is getting which includes flight, hotel and food for yourself and your infant child Natalie.

Can you give me the same accommodations that Cody is getting which includes flight, hotel and food for myself and my infant child Natalie.

I didn't want Cody and them to know that I was going down there.Period because I knew that this s*** was gonna be started.I'm trying not to have drama a beef with them

Can you call me please

Please do not call me if there is

Text Message · RCS

**Exhibit**

📶 T-Mobile Wi-Fi 📶          2:56 AM          ⏰ 100% 🔋

**SK**

Shelby ›

Can you call me please

Please do not call me if there is going to be drawing

Sorry, I'm helping my kids with bed time routines (brushing teeth, pajamas...etc)

It's not your fault

It's not your fault.
I asked for antique cause.I trust her way more than cody and candy confined

I asked for my aunt for a reason.Or andy combined

Fri, Mar 21 at 7:53 AM

I need you to.
Call me please

I want to take this down to the

＋    Text Message · RCS    🎤

26

**Exhibit** ▉



**Exhibit** ▓▓▓▓▓



28

**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit** ▮▮▮▮



**Exhibit**



**Exhibit** ▮▮▮▮



**Exhibit** ████



I don't backfire on my mom and say that she is guilty that she has rights.I need to know what I need to do.Do.I need to get a lawyer and go home.I need to know what I need to do I need to hold

The Christ sakes, N█████ shows family.If I'll really truly love me then help me

Sun, Mar 30 at 5:05 AM

47513797678 25531641.jpg
JPEG Image ·
210 KB

Uncle james ain't it against the law for her to be sleeping with her son

**Exhibit** ▮▮▮▮



**Exhibit** ▉▉▉▉



**Exhibit** ▮▮▮▮



**Exhibit** █████



**Exhibit**

