**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JAMES LOUIS RODEN JR,<br>*Plaintiff*<br><br>v.<br><br>ELAINE MICHELLE REAMER,<br>COUNTY OF GUADALUPE, TEXAS,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  SA-26-CA-00054-XR |

**NOTICE REGARDING DOCKETING OF FIRST AMENDED COMPLAINT AND**

**RESPONSE DEADLINE**

Plaintiff respectfully files this Notice regarding the docketing of the First Amended Complaint and the response deadline.

1.  On May 19, 2026, the Court entered a text order granting Plaintiff's Motion to Amend Complaint and directing the Clerk to file Plaintiff's First Amended Complaint and the exhibits attached thereto.

2.  The docket reflects the First Amended Complaint as filed on the date of the Court's text order. However, Plaintiff understands that the First Amended Complaint was not separately docketed and served through CM/ECF until June 2nd, 2026.

3.  Federal Rule of Civil Procedure 15(a)(3) provides that, unless the Court orders otherwise, a required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.

1

4. Federal Rule of Civil Procedure 5 governs service and filing of pleadings and other papers after the original complaint. Plaintiff understands that electronic filing and CM/ECF notice generally operate as the method of service for registered users.

5. Federal Rule of Civil Procedure 6(a) governs the computation of time when a federal rule, local rule, court order, or statute provides a deadline.

6. Plaintiff files this Notice because the docketing/backdating issue could create confusion over whether Defendants' response deadline runs from the backdated docket entry or from the later actual CM/ECF notice/service of the First Amended Complaint.

7. Plaintiff does not seek default or any adverse action against Defendants based solely on the backdated docket entry. Plaintiff files this Notice to preserve a clear record and avoid unnecessary dispute over the response deadline.

8. Unless the Court orders otherwise, Plaintiff understands Defendants' response deadline to run from actual CM/ECF notice/service of the First Amended Complaint, rather than from the earlier backdated docket date.

9. Plaintiff respectfully submits this Notice for clarity only and does not request any immediate relief from the Court.

Respectfully submitted,

/s/ James Louis Roden Jr.
James Louis Roden Jr.
Plaintiff, Pro Se
1005 Beaumont St. League City TX 77573
(210) 482-0802
jroden3@wgu.edu

2

**CERTIFICATE OF SERVICE**

I certify that on June 4th, 2026 I electronically filed the foregoing Notice with the Clerk of Court using the Court's CM/ECF system. The Court's electronic filing system will send notice of this filing to all counsel of record who are registered CM/ECF users.

Respectfully submitted,

**/s/ James Louis Roden Jr.**

James Louis Roden Jr.

Plaintiff, Pro Se

1005 Beaumont St. League City TX 77573

(210) 482-0802

jroden3@wgu.edu