# Exhibit 1

*Roden Jr. Facetime Video March 19, 2025*

**Filed Traditionally
via Zip Drive to Court
via Dropbox Link to all Counsel**