# Exhibit 2

*Shelby Interview with Sgt. Reamer August 19, 2024*

**Filed Traditionally
via Zip Drive to Court
via Dropbox Link to all Counsel**