IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN JR., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 5:26-cv-00054-XR |
| | § | |
| ELAINE MICHELLE REAMER, and | § | |
| COUNTY OF GUADALUPE, TEXAS | § | |
| *Defendants*. | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, **Guadalupe County Sergeant Elaine Michelle Reamer**, now files this Advisory with the Court to advise the Court that Exhibit 2 to Dkt. 17 was incorrectly dated as August 19, 2024, instead of July 19, 2024. The Defense would further advise as follows:

### I.     ADVISORY

1.     On June 22, 2026—Defendant Reamer filed a Motion to Dismiss Plaintiff's First Amended Complaint. Within, Defendant Reamer attached **Exhibit 2** to the Motion and asserted throughout the Motion that the video was recorded on August 19, 2024.

2.     The Defense now files this advisory to inform the Court that this video was actually recorded on July 19, 2024. This Exhibit has been sent to the Court via a USB flash drive. Due to the date issue, the video has been tendered to the Court with the WatchGuard metadata file, which confirms the recording date as 07/19/24. The video can be played as an MP4 via the Stream 1 folder.

## II.    **PRAYER**

WHEREFORE PREMISES CONSIDERED, Defendant, Elaine Reamer, respectfully requests that the Court take notice of this advisory.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
(512) 476-4600
(512) 476-5382 – Fax

By:_____/s/ Stephen B. Barron_____
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

**ATTORNEYS FOR DEFENDANTS,
ELAINE MICHELLE REAMER AND
COUNTY OF GUADALUPE, TEXAS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June 2026, a true and correct copy of the foregoing document was caused to be served upon parties of record via E-File/E-Service/Email, in accordance with the Federal Rules of Civil Procedure.

James Louis Roden Jr.
1005 Beaumont Street
League City, Texas 77573
Phone: (210) 482-0802
Email: jroden3@wgu.edu
*Pro se Plaintiff*

_____/s/ Stephen B. Barron_____
    Stephen B. Barron