**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JAMES LOUIS RODEN JR., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:26-cv-00054-XR |
| | § | |
| ELAINE MICHELLE REAMER, and | § | |
| COUNTY OF GUADALUPE, TEXAS, | § | |
|     Defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A LIMITED SUR-REPLY**
**TO DEFENDANT GUADALUPE COUNTY'S REPLY IN SUPPORT OF**
**ITS MOTION TO DISMISS**

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

Plaintiff James Louis Roden Jr., pro se, respectfully moves for leave to file the limited Sur-Reply attached as Exhibit A, and shows the Court as follows:

1.    Defendant Guadalupe County's Reply (Dkt. 24) raises two matters that were not presented in its Motion to Dismiss (Dkt. 18) and that Plaintiff has had no opportunity to address: (a) the Reply asserts that Plaintiff identified the County's final policymaker "for the first time" in his Response (Dkt. 24 ¶ 6); and (b) the Reply argues, for the first time, that Plaintiff's advocacy is not protected activity because it was "in violation of state law" (Dkt. 24 ¶ 16), citing *Bradley ex rel. Bradley v. Arkansas Department of Education*, 443 F.3d 965 (8th Cir. 2006), and Kerns v. Smith County, 2025 WL 2946094 (E.D. Tex.)—authorities absent from the Motion, which challenged protected activity solely on the ground that S.J.K. was not "denied participation" in a County service (Dkt. 18 ¶ 19).

1

2.    A district court has discretion to permit a sur-reply where a reply raises new arguments or matters to which the non-movant has not had an opportunity to respond, and it is settled that a party may not raise new arguments for the first time in a reply. See *Jones v. Cain*, 600 F.3d 527, 541 (5th Cir. 2010); *Gillaspy v. Dallas Indep. Sch. Dist.*, 278 F. App'x 307, 315 (5th Cir. 2008); see also *Cutrera v. Bd. of Sup'rs of La. State Univ.*, 429 F.3d 108, 113 (5th Cir. 2005) (relied upon by Defendant).

3.    The proposed Sur-Reply is limited to these two points and does not re-argue matters already briefed. Granting leave will aid the Court by ensuring that the record on the County's Motion is accurate and complete.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Sur-Reply attached as Exhibit A.

Respectfully submitted,

/s/ James Louis Roden Jr.
James Louis Roden Jr.
Plaintiff, Pro Se
1005 Beaumont Street
League City, Texas 77573
(210) 482-0802
jimlouisroden@gmail.com

**CERTIFICATE OF CONFERENCE**

On July 14th, 2026, Plaintiff attempted to confer with counsel for Defendant regarding the relief requested in this motion. Defendant did not respond.

**CERTIFICATE OF SERVICE**

I certify that on July 14th, 2026, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will serve notice on all counsel of record, including counsel

for Defendant Guadalupe County and Defendant Reamer.


/s/ James Louis Roden Jr.
James Louis Roden Jr.