IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES LOUIS RODEN JR., <br>     *Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | Case No. 5:26-cv-00054-XR |
| ELAINE MICHELLE REAMER, and <br> COUNTY OF GUADALUPE, TEXAS <br>     *Defendants*. | § <br> § <br> § <br> § | |

## ORDER

Before the Court is Defendants' Motion to Stay Discovery pending this Court's rulings on Defendant Guadalupe County Sergeant Elaine Michelle Reamer's Rule 12(b)(6) Motion to Dismiss (Dkt. 17). After consideration, the Court is of the opinion that the Motion should be GRANTED.

It is ORDERED that all discovery is hereby STAYED pending resolution of Defendant Guadalupe County Sergeant Elaine Michelle Reamer's Rule 12(b)(6) Motion to Dismiss (Dkt. 17).

SIGNED this _____ day of _____, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE