**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JAMES LOUIS RODEN, JR.,
Plaintiff,

v.

ELAINE MICHELLE REAMER and
GUADALUPE COUNTY, TEXAS,
Defendants.

**Civil Action No. 5:26-cv-00054-XR**

# EXHIBIT C

## THE KOELLE AFFIDAVITS

**Sworn Affidavits of Cody Lane Koelle and Andrea Koelle**
**Executed January 31, 2025**

Captioned in State of Texas v. Michael Walker,
Cause No. 24-1776-CR-B

Filed by Defendant Reamer as Exhibit 1 to her Motion to Dismiss,
Roden Sr. v. Reamer, No. 5:26-cv-00081-XR

Attached to Plaintiff's Motion for Judicial Notice

C-1 Sworn Affidavit of Cody Lane Koelle, January 31, 2025

C-2 Sworn Affidavit of Andrea Koelle, January 31, 2025

# Ex. 1

## Affidavits of Cody & Andrea Koelle and Petition for Protective Order

# MICHAEL A. WALKER

## Cause No. 24-1776-CR-B

# Table of Contents

Affidavit, Cody L. Koelle........................................................................1

Affidavit, Andrea Koelle........................................................................2

Petition for Protection Order, Cody L. Koelle vs. Jamie R. Walker...................................3

NO. 24-1776-CR-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | |
| | § | |
| | § | |
| MICHAEL WALKER | § | GUADALUPE COUNTY, TEXAS |

My name is Cody Lane Koelle. I am 28 years old. I can read, write and understand the English language. I am making this sworn statement by my own free will. I have not been coerced, threatened or promised anything in return.

I am making this sworn statement because I need to protect myself, my wife, Andrea and my children. This is not an easy thing to do, as Jamie Walker is my biological mother and Shelby is my biological sister. My wife and I have decided to come forward with complete honesty.

I met my mother's husband, Michael, around 2019. Michael has always been good to me. He has taught me different ways to hunt, he has taught me how to barbecue and he has always been there for me and my family. I have never seen Michael hurt anyone.

My mother, unfortunately, has not been the best role model. I believe she only cares about money, sex and partying. My mother has consistently expected me to send her more money than I should have, she has made selfish purchases with that money and I do not trust her.

Jamie and her side of the family have been harassing me to sign an affidavit that they drafted. This affidavit is full of lies against Michael and I have refused to sign it. I have never seen Michael punch, kick and beat my mother, as the affidavit says. It also says that Michael threatened my life with a gun and that is not true. The affidavit says that I lived with Michael and my mother. I never lived with them. I have only visited. The only time that I stayed there very long was during a Christmas break from my time at Job Corps. I never saw Michael drunk, on drugs or violent towards anyone at all.

They have also sent an affidavit for Shelby to sign. All Shelby knows is that she is supposed to sign this affidavit, immediately. The harassment to print, sign and get these affidavits notarized is becoming too much for my family to deal with. My uncle, James, my aunt, Kimberly, and my grandfather on Jamie's side have been contacting us repeatedly to sign the statement that they drafted themselves. We are getting texts and calls from them to sign. My wife and I are fed up with the harassment and the issues my mother has caused. I believe this baby was planned and now she is trying to backtrack and throw Michael under the bus to save herself. If I were to be subpoenaed by the State or Micahel's defense, I will testify to the facts in this affidavit.

SANDRA RODRIGUEZ
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 09/14/2025

Sandra Rodriguez — Notary Public of State of ~~Texas~~ Kansas

Cody Lane Koelle — Cody Lane Koelle

1/31/25 — Date

NO. 24-1776-CR-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | |
| | § | |
| MICHAEL WALKER | § | |
| | § | GUADALUPE COUNTY, TEXAS |

My name is Andrea Koelle. I am 24 years old. I can read, write and understand the English language. I am making this sworn statement by my own free will. I have not been coerced, threatened or promised anything in return.

I am the wife of Cody Koelle and the sister-in-law of Shelby Koelle. Cody and I have been together for about 5 years. We have three young children and we live a happy, simple life together in Kansas. Cody supports us and I care for our children but I am also looking for employment. Creating our happy life was not easy in the beginning. While Cody worked away and attended school while I lived with Shelby and her mother for some time. During this time Cody sent his mother, Jaimie, money to support us. Cody is a devoted husband and son, he never let us be without and he always sent more than what was required for my rent and utilities. There was a time when Shelby and I shared a two bedroom apartment together in Seguin, Texas. It is during this time that I witnessed Shelby live and take care of herself as an adult. There are some people in her family who say that she is incapable of taking care of herself, but that is not true. I have seen Shelby read, write, budget and take care of all her needs, including cooking. Many times during this period, Shelby's mother, Jamie, demanded more and more money out of Cody.

Shelby is now living with Cody and I. We have been put in the middle of this entire ordeal and it has not been easy. Shelby has made false allegations about a close friend of ours and even involved the police. She claimed that our friend physically hurt her and that is not true. Shelby has even told a neighbor that I was having an affair with her son and that is also not true. I have also caught Shelby taking photos of a staged mess in our home because I believe she intended to try to involve CPS. Shelby is being told by her family that I am expected to cook for her when she is hungry because she cannot take

care of herself. This is far from true. As I previously mentioned, we were once independent roommates. Her grandfather recently called me yelling at me for not cooking for her. Cody and I are trying our best to keep a roof over Shelby and her baby's head and make sure there is food available in the kitchen. My husband is now being harassed about signing an affidavit that he and I both know are not true. We believe Shelby's uncle drafted these affidavits. They say terrible things about Michael with regards to violence and abuse. I know Michael to be a good man. I have never seen him be aggressive or get physical with anyone. He has never made me feel uncomfortable and he has always been helpful and kind to my boys. I do not think he is capable of what Jamie's family is claiming.

I do not know why the family feels that they need to throw Michal under the bus for a plan that I believe Jamie, Shelby and Michael have put together themselves. I know there was a time when Jaimie wanted to keep my first born from me while I was dealing with my second son in the NICU. Jamie demanded that I give her my son's birth certificate, social security card and insurance card. It was a very strange request and it made me not trust her motive. I would trust Michael Walker to care for my children any day, unsupervised, over Jamie.

My husband and I are very uncomfortable and in fear of Jamie's family. Knowing what we know from personal experience we are afraid that the family is going to retaliate if we do not cooperate with their demands by calling CPS on Cody and I. This is something that has been done in the past and it has caused us much grief. I have decided to make myself available to testify on Michael's behalf and everything else stated in this affidavit.

SANDRA RODRIGUEZ
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 09/14/2025

Sandra Rodriguez
Notary Public of State of ~~Texas~~ Kansas

Andrea Koelle
Andrea Koelle

1/31/25
Date