**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JAMES LOUIS RODEN, JR.,
Plaintiff,

v.

ELAINE MICHELLE REAMER and
GUADALUPE COUNTY, TEXAS,
Defendants.

**Civil Action No. 5:26-cv-00054-XR**

# EXHIBIT D

## CHARGING INSTRUMENTS

25th Judicial District Court, Guadalupe County, Texas

Attached to Plaintiff's Motion for Judicial Notice

D-1 Motion to Amend the Indictment,
State of Texas v. Michael Walker, Cause No. 24-1776-CR-B,
electronically filed August 29, 2024

D-2 Indictment, State of Texas v. Jamie Walker,
Cause No. 24-1775-CR-B, returned July 8, 2024

# Electronically Certified Court Record

## (Cover Page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. At the last page of this document, you will find the digital signature bearing the identity and authority of the District Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Guadalupe County District Clerk |
| **District Clerk:** | The Honorable Linda Balk |
| **Date Issued:** | 12/31/2025 8:32:40 PM |
| **Unique Reference Number:** | CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F |
| **Case Number:** | 24-1776-CR-B |
| **Case Document:** | Motion: To Amend The Indictment |
| **Requesting Party Code:** | 100 |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The last page of this document contains a digital signature indicating the certifier as the Guadalupe County District Clerk. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://verify.clerkecertify.com/VerifyImage to learn more about validating this certified copy.

Electronically Filed
8/29/2024 1:39 PM
Linda Balk
Guadalupe County District Clerk
Cody Hild

Unique Code : CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F Page 1 of 5

**Cause No. 24-1776-CR-B**

| | |
|---|---|
| **THE STATE OF TEXAS** | **IN THE DISTRICT COURT** |
| **VS.** | **274TH JUDICIAL DISTRICT** |
| **MICHAEL WALKER** | **GUADALUPE COUNTY, TEXAS** |

**MOTION TO AMEND THE INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE STATE OF TEXAS, by and through the County Attorney for Guadalupe County, Texas, and requests leave of the Court to amend the indictment in this cause pursuant to Article 28.10, et seq. of the Texas Code of Criminal Procedure, and in support thereof requests that the Court amend the indictment.

I.

Specifically, the State requests that the indictment be amended as follows:

**TRUE BILL OF INDICTMENT**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jury of Guadalupe County, State of Texas, duly organized at the JULY term, A.D. 2024, of the 25th Judicial District Court of said County, in said Court at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

**COUNT I**

On or about the 1st day of November, 2023, **MICHAEL WALKER**, hereinafter referred to as defendant, did intentionally and knowingly cause the sexual organ of S.K., a pseudonym, hereinafter referred to as complainant, to contact the defendant's sexual organ, without the consent of the complainant, and the defendant, by acts or words, placed the complainant in fear that death or

CERTIFIED TRUE AND CORRECT COPY GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F Page 2 of 5

serious bodily injury would be imminently inflicted on the complainant, and the acts or words occurred in the presence of the complainant;

**COUNT II**

On or about the 1st day of November, 2023, **MICHAEL WALKER**, hereinafter referred to as defendant, did intentionally and knowingly cause the sexual organ of S.K., a pseudonym, hereinafter referred to as complainant, to contact the mouth of the defendant, without the consent of the complainant, and the defendant, by acts or words, placed the complainant in fear that death or serious bodily injury would be imminently inflicted on the complainant, and the acts or words occurred in the presence of the complainant;

**COUNT III**

On or about the 1st day of November, 2023, **MICHAEL WALKER**, hereinafter referred to as defendant, did intentionally and knowingly cause the penetration of the mouth of S.K., a pseudonym, hereinafter referred to as complainant, by the sexual organ of the defendant, without the consent of the complainant, and the defendant, by acts or words, placed the complainant in fear that death or serious bodily injury would be imminently inflicted on the complainant, and the acts or words occurred in the presence of the complainant;

**COUNT IV**

On or about the 1st day of November, 2023, MICHAEL WALKER, hereinafter referred to as defendant, intentionally and knowingly engage in sexual intercourse with S.K., a pseudonym, hereinafter referred to as complainant, a person the defendant knew to be, without regard to legitimacy, the defendant's stepchild, by causing the sexual organ of the complainant to contact the defendant's sexual organ;

**COUNT V**

CERTIFIED TRUE AND CORRECT COPY GUADALUPE COUNTY, TEXAS

On or about the 1st day of November, 2023, MICHAEL WALKER, hereinafter referred to as defendant, intentionally and knowingly engage in deviate sexual intercourse with S.K., a pseudonym, hereinafter referred to as complainant, a person the defendant knew to be, without regard to legitimacy, the defendant's stepchild, by causing the sexual organ of the complainant to contact the mouth of the defendant;

**COUNT VI**

On or about the 1st day of November, 2023, MICHAEL WALKER, hereinafter referred to as defendant, intentionally and knowingly engage in deviate sexual intercourse with S.K., a pseudonym, hereinafter referred to as complainant, a person the defendant knew to be, without regard to legitimacy, the defendant's stepchild, by causing the mouth of the complainant to contact the sexual organ of the defendant;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

II.

Amendment of the indictment in the requested manner will not cause defendant to be charged with an additional or different offense than that originally charged, nor does such amendment prejudice the substantial rights of the defendant.

WHEREFORE, PREMISES CONSIDERED, THE STATE OF TEXAS requests that this honorable Court grant the State's Motion to Amend the Indictment and grant such other and further relief both legal and equitable to which the State may be entitled.

Unique Code : CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F Page 3 of 5

CERTIFIED TRUE AND CORRECT COPY DISTRICT COURT GUADALUPE COUNTY TEXAS GUADALUPE COUNTY, TEXAS

Respectfully Submitted,

s/ *Jessica Johnson*
Jessica Johnson
State Bar No. 24111028
Assistant County Attorney
Guadalupe County, Texas
Guadalupe County Justice Center
211 W. Court St.
Seguin, Texas 78155-5779
Phone: 830-303-6130

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document has been delivered to the attorney for the defendant in hand on August 29, 2024.

s/ *Jessica Johnson*
Jessica Johnson
State Bar No. 24111028
Assistant County Attorney
Guadalupe County, Texas
Guadalupe County Justice Center
211 W. Court St.
Seguin, Texas 78155-5779
Phone: 830-303-6130

Unique Code : CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F Page 4 of 5

CERTIFIED TRUE AND CORRECT COPY DISTRICT COURT GUADALUPE COUNTY TEXAS GUADALUPE COUNTY, TEXAS

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 91475907
Filing Code Description: Motion
Filing Description: To Amend The Indictment
Status as of 8/29/2024 3:33 PM CST

Associated Case Party: MICHAELALLENWALKER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Green | 24114646 | john@johngreentxlaw.com | 8/29/2024 1:39:10 PM | SENT |

Unique Code : CAA-BAA-EIBIHCAA-ICBDEFD-BDHEAED-F Page 5 of 5

I, Linda Balk, Clerk of the District Courts, in Guadalupe County, Texas, certify this copy is true and correct as FILED & RECORDED in the Official Court Records of District Court.

24-1776-CR-B, 12/31/2025 8:32:46 PM

THE HONORABLE LINDA BALK
GUADALUPE COUNTY DISTRICT CLERK,
THE STATE OF TEXAS

**STATE OF TEXAS** §
§
**V.** § **No.** 24-1775-CR-B
§
**JAMIE WALKER** §

FILED
12:51PM
JUL 08 2024
LINDA BALK
Clerk, Dist. Court, Guadalupe Co. Tx.
By CMH Deputy

**OFFENSES:**
**Ct. I – III: AGGRAVATED SEXUAL ASSAULT (First Degree Felonies)**

---

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jury of Guadalupe County, State of Texas, duly organized at the JULY term, 2024, of the 25th Judicial District Court of said County, in said Court at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

### COUNT I

On or about the 1st day of November, 2022, MICHAEL WALKER did then and there intentionally and knowingly cause the sexual organ of S.K., a pseudonym, hereinafter referred to as complainant, to contact MICHAEL WALKER'S sexual organ, without the consent of the complainant, and **JAMIE WALKER**, hereinafter referred to as defendant, did then and there solicit, encourage, direct, aid, or attempt to aid MICHAEL WALKER to commit the offense of AGGRAVATED SEXUAL ASSAULT and defendant acted with the intent to promote or assist the commission of the offense of AGGRAVATED SEXUAL ASSAULT by MICHAEL WALKER;

### COUNT II

On or about the 1st day of November, 2022, MICHAEL WALKER, did then and there intentionally and knowingly cause the sexual organ of S.K., a pseudonym, hereinafter referred to

DISTRICT COURT OF GUADALUPE COUNTY TEXAS

as complainant, to contact the mouth of the MICHAEL WALKER, without the consent of the complainant, and **JAMIE WALKER**, hereinafter referred to as defendant, did then and there solicit, encourage, direct, aid, or attempt to aid MICHAEL WALKER to commit the offense of AGGRAVATED SEXUAL ASSAULT and defendant acted with the intent to promote or assist the commission of the offense of AGGRAVATED SEXUAL ASSAULT by MICHAEL WALKER;

**COUNT III**

On or about the 1st day of November, 2022, MICHAEL WALKER, did then and there intentionally and knowingly cause the penetration of the mouth of S.K., a pseudonym, hereinafter referred to as complainant, by the sexual organ of the MICHAEL WALKER, without the consent of the complainant, and **JAMIE WALKER**, hereinafter referred to as defendant, did then and there solicit, encourage, direct, aid, or attempt to aid MICHAEL WALKER to commit the offense of AGGRAVATED SEXUAL ASSAULT and defendant acted with the intent to promote or assist the commission of the offense of AGGRAVATED SEXUAL ASSAULT by MICHAEL WALKER;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Hailey Hoke
Foreman of the Grand Jury

I, LINDA BALK, Clerk of the District Courts, in Guadalupe County, Texas, certify this copy is true and correct as FILED & RECORDED in the Official Court Records of District Court. Given under my hand and seal of office in Seguin, Texas on the 2 day of July, 2024.
LINDA BALK, District Clerk, Guadalupe County, Texas
By ________ Deputy

DISTRICT COURT OF GUADALUPE COUNTY TEXAS