**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JAMES LOUIS RODEN, JR.,
Plaintiff,

v.

ELAINE MICHELLE REAMER and
GUADALUPE COUNTY, TEXAS,
Defendants.

**Civil Action No. 5:26-cv-00054-XR**

# EXHIBIT E

**PLEA AGREEMENT**
**State of Texas v. Michael Allen Walker**
**Cause No. 24-1776-CR-B**
274th Judicial District Court, Guadalupe County, Texas

Filed July 2, 2025

Attached to Plaintiff's Motion for Judicial Notice

Including the Plea Agreement, the Court's Admonitions to Defendant, the Defendant's Waiver of Rights and Judicial Confession, and the Defendant's, State's, and Court's Approvals.

Certified true and correct copy, Guadalupe County District Clerk.

# Electronically Certified Court Record

## (Cover Page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. At the last page of this document, you will find the digital signature bearing the identity and authority of the District Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Guadalupe County District Clerk |
| **District Clerk:** | The Honorable Linda Balk |
| **Date Issued:** | 12/8/2025 7:20:55 AM |
| **Unique Reference Number:** | CAA-BAA-EIBIHCAA-IFAEFDD-BDFEEFB-A |
| **Case Number:** | 24-1776-CR-B |
| **Case Document:** | Plea Agreement: |
| **Requesting Party Code:** | 100 |

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The last page of this document contains a digital signature indicating the certifier as the Guadalupe County District Clerk. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://verify.clerkecertify.com/VerifyImage to learn more about validating this certified copy.

Unique Code : CAA-BAA-EIBIHCAA-IFAEFDD-BDFEEFB-A Page 1 of 4

CAUSE NO. 24-1776-CR-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS | § | GUADALUPE COUNTY, TEXAS |
| Michael Walker | § | 274th JUDICIAL DISTRICT |

## PLEA AGREEMENT

The Defendant, his/her attorney, and the attorney for the State of Texas, agree that the Defendant will plead X GUILTY or _____ NO CONTEST to the offense(s) of: Prohibited Sexual Conduct, a third-degree Felony (Count 4) (Lesser-Included offense) as charged in or as a lesser included offense of the charge(s) in the charging instrument and in exchange for the Defendant's plea of guilty or no contest, the State agrees to recommend punishment as follows:

☐ Pay a fine in the amount of $_________, court costs (to be paid at the time of sentencing), and reimburse the county for any fees paid to a court-appointed attorney in this proceeding;

FILED
11:26 AM
JUL 02 2025
Linda Balk
Clerk,Dist.Court, Guadalupe Co. Tx.
By ________ Deputy

☒ Term of Confinement: Open full range;

☐ Post-conviction community supervision for ________________________;

☐ Deferred adjudication community supervision for ________________________;

☐ Restitution in the amount of $________ to ________________, or as determined by a presentence investigation;

☐ Agreed credit for _____ days served in the county jail on the present charge; in another facility while a proper hold or detainer was placed on the defendant by the county of prosecution; or as a result of a successfully completed period of SAFP or other program for which the defendant is authorized by law to receive credit.

☐ Additionally, Defendant agrees to plea as a party to this offense and will testify truthfully in any future proceedings against co-defendant(s).

☐ Additionally, Defendant agrees to admit his/her guilt in the following unadjudicated cases pursuant to Texas Penal Code Section 12.45:

________________________________________

________________________________________

☒ Other conditions of plea agreement *or* punishment recommendations as to multiple counts:
1) No application as per plea agreement;
2) Defense acknowledges that State has substantially complied w/ Art. 39.14 Tex Rules Crim Proc.; 3) Will DM Counts 1-3, 5-6
3) Protective Order for [redacted] until 6/3/2042

**Defendant stipulates to the admission of all material provided to Defense or in the State's file.**

**The Court has the right to sentence you to a term of confinement in the county jail as a condition of any period of community supervision.**

**If the defendant fails to appear in court on the date set for the sentencing/punishment hearing or commits a new crime, the defendant agrees that the State may advocate a higher punishment and the judge may increase the defendant's sentence to include the full range of punishment.**

Defendant's Initials: MW



CERTIFIED TRUE AND CORRECT COPY GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IFAEFDD-BDFEEFB-A Page 2 of 4

## COURT'S ADMONITIONS TO DEFENDANT

The range of punishment for the offense in which you stand charged is: (check all that apply)

☐ **Capital Offense (Death Penalty Waived):** Life without parole in the Institutional Division of the Texas Department of Criminal Justice. Counts _______

☐ **1st Degree Felony:** Life or any term not more than 99 years or less than 5 years in the Institutional Division of the Texas Department of Criminal Justice and an optional fine not to exceed $10,000. Counts _______

☐ **2nd Degree Felony:** A term not more than 20 years or less than 2 years confinement in the Institutional Division of the Texas Department of Criminal Justice and an optional fine not to exceed $10,000. Counts _______

☒ **3rd Degree Felony:** A term not more than 10 years or less than 2 years confinement in the Institutional Division of the Texas Department of Criminal Justice and an optional fine not to exceed $10,000. Counts 4

☐ **State Jail Felony:** A term not more than 2 years or less than 180 days confinement in a State Jail and an optional fine not to exceed $10,000. Counts _______

☐ **Class A Misdemeanor:** Confinement in the county jail for not more than 1 year, and/or a fine not to exceed $4,000. Counts _______

☐ **Other Range:** ______________________________

______________________________

2. The recommendations of the prosecuting attorney are not binding on the Court. If a plea agreement does exist, the Court will inform you whether it will follow or reject the agreement in open court and before any finding on your plea. Should the Court reject any plea agreement, you will be permitted to withdraw your plea.

3. If the punishment assessed does not exceed the agreement between you and the prosecutor, the Court must give its permission to you before you may appeal on any matter in this case except for those matters raised by written motions prior to trial and ruled upon by the Court.

4. If you are not a citizen of the United States of America, a plea of guilty or nolo contendere may result in deportation, exclusion from admission to this country, or the denial of naturalization under federal law.

5. If you are convicted or placed on deferred adjudication for an offense for which a person is subject to the registration requirements under Chapter 62 of the Code of Criminal Procedure (CCP), you will be required to meet the registration requirements of Chapter 62 CCP.

6. If the Court defers an adjudication of guilt and places you under community supervision, on violation of any condition you may be arrested and detained as provided by law. You are then entitled to a hearing limited to a determination by the Court whether to proceed with an adjudication of guilt on the original charge. No appeal may be taken from this determination. After adjudication of guilt, all proceedings, including the assessment of punishment and your right to appeal continue as if adjudication of guilt had not been deferred.

7. If the Court defers an adjudication of guilt and places you on community supervision, you may have the right to petition the Court for an order of non-disclosure after successfully completing community supervision, unless you are ineligible due to the nature of this offense or your criminal history.

8. Defendant waives the right to an indigency hearing on fees, fines, and court costs (including attorney's fees, probation fees, and any other CSCD fees) and agrees to this assessment.

Defendant's Initials: [initials]



CERTIFIED TRUE AND CORRECT COPY [seal: DISTRICT COURT GUADALUPE COUNTY TEXAS] GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IFAEFDD-BDFEEFB-A Page 3 of 4

## DEFENDANT'S WAIVER OF RIGHTS AND JUDICIAL CONFESSION

With the Court's approval, the defendant herein states that he/she:

1. Understands that he has a right to be charged by an indictment returned by a grand jury and to be served with a copy of the indictment. If an indictment has not been returned in this case, the defendant waives those rights and agrees to be tried on an information.
2. Has read the charging instrument or has had the charging instrument read to him/her and fully understands the allegations contained in that document.
3. Is the same person charged in the charging instrument.
4. Waives any and all defects, errors or irregularities, whether of form or substance, in the charging instrument.
5. Waives arraignment and formal reading of the charging instrument.
6. Waives the ten (10) days allowed to prepare for trial after the appointment of counsel and agrees to proceed on this date.
7. Waives the right to a jury trial on both guilt and punishment.
8. Waives the right to subpoena witnesses and have them testify on his/her behalf.
9. Waives the right to remain silent as to guilt and punishment and agrees to testify.
10. Waives the right to appeal.
11. Waives the right to urge a motion for new trial.
12. Waives the right to confront and cross-examine the State's witnesses in open court and consents to the introduction of evidence against him/her in the form of written and oral stipulations of evidence and testimony, testimony by affidavit, written statements of witnesses, and any other documentary evidence.
13. Has had an adequate opportunity to consult with his/her attorney, who has explained his/her rights under the constitutions and laws of the United States and the State of Texas, and is fully satisfied with the representation provided by his/her attorney.
14. **JUDICIALLY CONFESSES** and admits to committing the offense(s) of: Prohibited Sexual Conduct, a lesser-included offense contained in Count 4.

    exactly as charged in the charging instrument or as a lesser included offense of the offense(s) charged in the charging instrument and further admits that all allegations relevant to said offense(s) are true and correct.
15. **PLEADS TRUE** to the *(first) (second) (all)* enhancement paragraphs which are contained in charging instrument, and judicially confesses that he/she is the same person who was previously duly and legally convicted of the offense(s) alleged therein.

## DEFENSE ATTORNEY'S APPROVAL

I, the attorney of record for the defendant herein, do hereby certify that:

1. The defendant has a sufficient present ability to consult with me with a reasonable degree of rational understanding, and he/she has a rational as well as factual understanding of the proceedings against him/her.
2. I have read the foregoing "Plea Agreement", "Court's Admonitions to Defendant", "Defendant's Waiver of Rights and Judicial Confession", fully explained each of them to the defendant, and I am satisfied that he/she understands each of them.
3. I have explained to the defendant the legal effects of waiving his/her rights and the legal consequences of his/her plea, I have witnessed his/her signature contained herein, and I am satisfied that he/she understands these rights and the legal consequences of his/her plea.
4. I am satisfied that the defendant's plea, agreements, waivers, statements and stipulations are knowingly, freely and voluntarily made, and I do hereby approve and consent to each of them.

_______________
Date

[signature]
Attorney for Defendant
Printed Name: John Green
State Bar #: 24114696

Defendant's Initials: [initials]



CERTIFIED TRUE AND CORRECT COPY GUADALUPE COUNTY, TEXAS

Unique Code : CAA-BAA-EIBIHCAA-IFAEFDD-BDFEEFB-A Page 4 of 4

## DEFENDANT'S APPROVAL

I, the defendant herein, do acknowledge that:

1. My attorney has explained to me, and I have read and understand the foregoing "Plea Agreement", "Court's Admonitions to Defendant", "Defendant's Waiver of Rights and Judicial Confession".
2. My attorney has explained to me and I understand the legal effects of waiving my rights and the consequences of my plea, including the effect on my immigration status.
3. I knowingly, freely and voluntarily waive my rights, enter my plea, and consent to the stipulation of facts.
4. I request that the Court accept my plea, agreements, waivers, statements and stipulations.

7-2-2025
Date

Defendant
Printed Name:

Sworn to and subscribed to before me by the defendant this the 2 day of July, 2025.

LINDA BALK, Guadalupe County District Clerk

By:
Deputy District Clerk

GUADALUPE COUNTY TEXAS DISTRICT COURT OF

## STATE'S APPROVAL

THE STATE OF TEXAS, by and through its County Attorney, upon the acceptance and approval by the Court of the defendant's waivers and stipulations of fact herein, waives its right to a trial by jury.

David Willborn,
Guadalupe County Attorney

Date

BY:
Prosecutor
Printed Name: John Amdur
State Bar #: 24015033

## COURT'S APPROVAL

The Court finds the following:

1. The defendant has a sufficient present ability to consult with his or her lawyer with a reasonable degree of rational understanding, and has a rational as well as factual understanding of the proceedings against him or her.
2. The defendant has the age, maturity, and intelligence to understand and does knowingly understand his or her rights with regard to the two above said instruments.
3. The defendant does knowingly waive his or her rights as described therein.
4. The defendant does understand his or her rights regarding stipulations and does knowingly waive his or her rights to have such facts proved otherwise.
5. The defendant does knowingly stipulate and agree that the facts contained in the "Defendant's Waiver of Rights and Judicial Confession" are true and correct.

IT IS THEREFORE ORDERED that the defendant's waivers as they appear in the aforesaid instruments be and are hereby approved, consented to, and accepted by this court; that the stipulations be and are hereby approved, consented to, and accepted by this court, and, said instruments are hereby ORDERED filed in the papers of this cause.

SIGNED THIS 2 day of July, 2025.

JUDGE PRESIDING



I, Linda Balk, Clerk of the District Courts, in Guadalupe County, Texas, certify this copy is true and correct as FILED & RECORDED in the Official Court Records of District Court.

24-1776-CR-B, 12/8/2025 7:20:57 AM

THE HONORABLE LINDA BALK
GUADALUPE COUNTY DISTRICT CLERK,
THE STATE OF TEXAS