**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JAMES LOUIS RODEN, JR.,
Plaintiff,

v.

ELAINE MICHELLE REAMER and
GUADALUPE COUNTY, TEXAS,
Defendants.

**Civil Action No. 5:26-cv-00054-XR**

# EXHIBIT F

## REGISTER OF ACTIONS

**State of Texas v. Jamie Renee Walker**
**Cause No. 24-1775-CR-B**
Guadalupe County, Texas

Attached to Plaintiff's Motion for Judicial Notice

Reflecting the Disposition entered February 18, 2026 (Judicial Officer: Hines, Heather), the dismissal of all three counts of Aggravated Sexual Assault, and the Order of Dismissal entered the same day.

# Register of Actions
## Case No. 24-1775-CR-B

### Related Case Information

**Related Cases**
24-1776-CR-B (Co-Defendant)
25-3742-CR-B (Companion Case)

### Party Information

| | | Attorneys |
|---|---|---|
| **Defendant** | **WALKER, JAMIE RENEE** | **ZACHARY SETH BIDNER**<br>*Retained*<br>512-280-4089(W) |
| **STATE OF TEXAS** | **STATE OF TEXAS** | **JONATHAN AMDUR**<br>830-303-6130(W)<br><br>JESSICA JOHNSON<br>830-303-6130(W)<br><br>~~KELSEY LESLIE~~<br>~~830-303-6130(W)~~ |

### Charge Information

| Charges: WALKER, JAMIE RENEE | Statute | Level | Date |
|---|---|---|---|
| 1. AGG SEXUAL ASSAULT | 22.021 | First Degree Felony | 11/01/2022 |
| 2. AGG SEXUAL ASSAULT | 22.021 | First Degree Felony | 11/01/2022 |
| 3. AGG SEXUAL ASSAULT | 22.021 | First Degree Felony | 11/01/2022 |

### Events & Orders of the Court

**DISPOSITIONS**

02/18/2026 **Disposition** (Judicial Officer: Hines, Heather)
1. AGG SEXUAL ASSAULT
   Dismissed
2. AGG SEXUAL ASSAULT
   Dismissed
3. AGG SEXUAL ASSAULT
   Dismissed

**OTHER EVENTS AND HEARINGS**

04/18/2024 **Order Appointing Attorney**
*Kelly Pittl*
04/18/2024 **Order Appointing Attorney**
*Kelly Pittl*
07/08/2024 **Indictment (OCA)**

07/08/2024 **Docket Sheet**
07/08/2024 **Warrant Information Sheet**
07/11/2024 **Correspondence**
*from Defendant*
07/12/2024 **Writ of Indictment**
WALKER, JAMIE RENEE Unserved
07/15/2024 **Notice of Arraignment**
07/22/2024 **Writ to Serve Indictment**
08/14/2024 **Arraignment Hearing** (9:00 AM) ()
08/14/2024 **Waiver of Arraignment**
08/14/2024 **Reset**
09/25/2024 **Pre-Trial Hearing** (9:00 AM) ()
09/30/2024 **Reset**
10/16/2024 **Writ**
*Application for Writ of Habeas Corpus*
10/16/2024 **Unsigned Order**
*on Writ of Habeas Corpus*
11/06/2024 **Pre-Trial Hearing** (9:00 AM) ()
11/06/2024 **Writ** (9:00 AM) ()
*Bond Reduction*
11/06/2024 **Jail Transmittal**
11/06/2024 **Bond**
*Surety Bond*
11/06/2024 **Reset**
12/16/2024 **Pre-Trial Hearing** (9:00 AM) ()
12/16/2024 **Reset**
01/13/2025 **Pre-Trial Hearing** (9:00 AM) ()
01/13/2025 **Reset**
01/27/2025 **SEALED**
02/26/2025 **Pre-Trial Hearing** (9:00 AM) ()
02/26/2025 **Reset**
02/28/2025 **Unsigned Order**
*Order on States's Motion to Revoke Bond*
02/28/2025 **Motion**
*State's Motion To Revoke Bond*
03/04/2025 **Notice**
*of Bond Hearing*
03/04/2025 **Notice**
*of Bond Hearing*
03/06/2025 **Notice**
*of Bond Hearing*
03/12/2025 *CANCELED* **Bond Hearing** (11:00 AM) ()
*Other*
*State's M/Increase*
03/18/2025 **Subpoena Issued**
03/19/2025 **Motion**
*for Judicial Review of Counsel's Conduct*
03/19/2025 **Motion**
*Defendant's Motion to Compel Discovery and Request for ADA-Accommodated Review*
03/20/2025 **Subpoena Issued**
03/20/2025 **Subpoena Issued**
03/20/2025 **Subpoena Issued**
03/20/2025 **Subpoena Issued**
03/20/2025 **Subpoena Issued**
03/20/2025 **Subpoena Issued**
03/20/2025 **Affidavit**
*Sworn Affidavit from Shelby Jane Koelle*
03/20/2025 **Request**
*ADA Accommodations*
03/21/2025 **Correspondence**
*Letter to the Judge Regarding Subpoena Issues and Conduct of Guadalupe County Attorney's Office*

03/21/2025 **Subpoena Returned Served**
03/21/2025 **Subpoena Returned Served**
*1*
03/25/2025 **Request**
*ADA Accommodation Request for Shelby Koelle*
03/31/2025 **Correspondence**
*from defendant*
03/31/2025 **Motion**
*Motion to Withdraw*
04/01/2025 **Notice of Pre-Trial Hearing**
04/01/2025 **Notice of Pre-Trial Hearing**
04/07/2025 *CANCELED* **Bond Hearing** (1:15 PM) ()
*Other*
*State's Motion to Increase Bond*
04/07/2025 *CANCELED* **Pre-Trial Hearing** (1:15 PM) ()
*Other*
04/07/2025 **Order to Withdraw**
04/07/2025 **Pre-Trial Hearing** (9:00 AM) ()
04/09/2025 **Order Appointing Attorney**
*Sunny Middleton*
04/09/2025 **Request**
*ADA Accommodations*
04/09/2025 **Correspondence**
*from defendant*
04/10/2025 **Subpoena Issued**
04/15/2025 **Subpoena Returned Unserved**
*1*
04/15/2025 **Subpoena Returned Unserved**
*1*
04/15/2025 **Subpoena Returned Unserved**
*1*
04/15/2025 **Subpoena Returned Unserved**
*1*
04/15/2025 **Subpoena Returned Unserved**
*1*
04/16/2025 **Order to Withdraw**
*Duplicate*
04/16/2025 **Attorney Fee Voucher**
*Kelly Pittl*
04/16/2025 **Memorandum**
04/16/2025 **Affidavit**
*To Increase Bond-Guadalupe County CSCD, Pre-Trial Services-Count I*
04/16/2025 **Affidavit**
*To Increase Bond-Guadalupe County CSCD, Pre-Trial Services-Count II*
04/16/2025 **Affidavit**
*To Increase Bond-Guadalupe County CSCD, Pre-Trial Services-Count III*
04/16/2025 **Alias Capias (OCA) Issued**
04/21/2025 **Subpoena Issued**
04/23/2025 **Alias Capias (OCA) Closed**
*svd 04-17-25*
04/28/2025 **SEALED**
05/08/2025 **Notice of Pre-Trial Hearing**
05/08/2025 **Notice of Pre-Trial Hearing**
05/12/2025 **Application Filed (Non-OCA)**
*Application for Writ of Habeas Corpus*
05/21/2025 **Pre-Trial Hearing** (9:00 AM) ()
05/21/2025 **Unsigned Order**
*Proposed Order on Bond*
05/21/2025 **Unsigned Order**
*Notice of Hearing*
05/21/2025 **Notice**

| | |
|---|---|
| | *of Bond Hearing* |
| 05/21/2025 | **Notice** |
| | *of Bond Hearing* |
| 05/21/2025 | **Reset** |
| 06/12/2025 | **Subpoena Issued** |
| 06/18/2025 | **Bond Hearing** (1:15 PM) () |
| 06/18/2025 | **Pre-Trial Hearing** (1:15 PM) () |
| 06/18/2025 | **Subpoena Returned Served** |
| | *1* |
| 06/20/2025 | **Reset** |
| 06/23/2025 | **SEALED** |
| 07/07/2025 | **Motion** |
| | *Motion to Substitute* |
| 07/16/2025 | **Order** |
| | *On Defendant's Motion to Substitute Counsel* |
| 07/16/2025 | **Attorney Fee Voucher** |
| | *Sunny Middleton $ 1500* |
| 08/04/2025 | **Notice of Hearing** |
| | *Pre-Trial* |
| 08/11/2025 | *CANCELED* **Pre-Trial Hearing** (9:00 AM) () |
| | *Other* |
| 08/27/2025 | **Pre-Trial Hearing** (9:00 AM) () |
| 08/29/2025 | **SEALED** |
| 09/02/2025 | **Subpoena Issued** |
| 09/09/2025 | **Reset** |
| 10/22/2025 | **Pre-Trial Hearing** (9:00 AM) () |
| 10/22/2025 | **Request for Discovery** |
| 10/22/2025 | **Request** |
| | *to Produce Exculpatory And Mitigating Evidence* |
| 10/22/2025 | **Demand** |
| | *Defendant's Demand and Assertion of The Constitutional Right to Fair and Speedy Trial* |
| 10/22/2025 | **Request** |
| | *Specific Request For Disclosure of Expert Witnesses* |
| 10/22/2025 | **Request** |
| | *Defendant's Request For Notice* |
| 10/22/2025 | **SEALED** |
| 10/23/2025 | **Reset** |
| 10/27/2025 | **Request** |
| | *Request for Discovery* |
| 12/03/2025 | **Pre-Trial Hearing** (9:00 AM) () |
| 12/08/2025 | **Reset** |
| 12/17/2025 | **Plea** (9:00 AM) () |
| 12/17/2025 | **Order** |
| | *on Motion to Reduce Bond* |
| 12/17/2025 | **Jail Transmittal** |
| 12/17/2025 | **Reset** |
| 01/09/2026 | **Consent and Acceptance of Transfer Between District Courts** |
| 02/18/2026 | **Sentencing** (9:00 AM) (Judicial Officer Hines, Heather) |
| 02/18/2026 | **Order of Dismissal** |
| 02/18/2026 | **SEALED** |
| 02/20/2026 | **Voucher- Other** |
| | *JPPI Investigation LLC* |
| 05/27/2026 | **SEALED** |